# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lail, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>United States Government, et al., )<br>)<br>Defendants. ) | C.A. No. 10-CV-210-PLF<br><br>**RECEIVED**<br>FEB 18 2010<br>Clerk, U.S. District and<br>Bankruptcy Courts |

## PLAINTIFF JAMES SPENCER'S *EX-PARTE* MOTION FOR

## ALLOWANCE OF ELECTRONIC FILING

Plaintiff James Spencer, *Pro Se*, seeks this Court's permission to file electronically using the CM/ECF system. In consideration of this motion, Plaintiff Spencer affirms:

1. Plaintiff Spencer has access to a computer.

2. Plaintiff Spencer has past experience using the CM/ECF system.

3. Plaintiff Spencer agrees to receive notice and respond through the CM/ECF system.

4. Plaintiff Spencer's e-mail address for CM/ECF and Court communications is:

**JamesBSpencer@sc.rr.com**

**Therefore**, Plaintiff Spencer prays this Court grant permission to allow Plaintiff Spencer access and use of the CM/ECF in the above captioned case.

This the 14th day of February, 2010.
Respectfully submitted by,

/James B. Spencer, *Pro Se*
Box 183
7001 Saint Andrews Road
Columbia, SC 29212