:RK'S OFFICE
ATES DISTRICT COURT
ISTRICT OF COLUMBIA
. COURTHOUSE
TITUTION AVENUE, N.W.
INGTON, DC 20001

FICIAL BUSINESS





02 1A          $ 00.44⁰
0004634648     FEB 23 2010
MAILED FROM ZIP CODE 20001

MAR - 4 2010

NIXIE        891   DE  1          OO  O3/O1/1O
RETURN  TO  SENDER
ATTEMPTED  -  NOT  KNOWN
UNABLE  TO  FORWARD
BC:  2OOO1289999      *O914-O2529-24-45

891588$11OO
2OOO1@2899