# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lail, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 10-CV-210-PLF |
| United States Government, et al., | ) |
| Defendants. | ) |

## REQUEST TO EXPEDITE

## *PRO SE* PLAINTIFFS'' EX PARTE MOTION FOR STAY AND EXPANSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS

Plaintiffs', Rodney Lail, *Pro Se,* Dan Green, *Pro Se*, James Spencer, *Pro Se*, Doris Holt, *Pro Se*, Nicholas C. Williamson, *Pro Se*, Virginia Williamson, *Pro Se*, Marguerite Stephens, *Pro Se*, Ricky Stephens, *Pro Se*, Bruce Benson, and Irene Santacroce, *Pro Se*, move this Honorable Court to grant a stay and expansion of time regarding the serving of Plaintiffs complaints on defendants.  Plaintiffs have

pending before the Court a motion for appointment of competent counsel as the best efforts of Plaintiffs have been unsuccessful in obtaining competent counsel for the reasons beyond plaintiffs control that are enumerated in plaintiffs' motion for appointment of counsel. The Plaintiffs request a stay on serving the complaints until the Court renders its decision on Plaintiffs motion for appointment of competent counsel and in either case if such motion is granted or not granted by the Court the serving period for the complaints be expanded for sixty (60) days up to and including August 4, 2010, as allowed by Rule 6(b), and as applicable Rule 4(i), Rule 4(m) of the Federal Rules of Civil Procedure.

## Grounds for Relief

The stay and expansion of time is needed because:

1. Plaintiffs require competent counsel to review the complaint and amend the complaint as may be necessary so that the facts and applicable law are properly presented. Such time is necessary for in order for counsel to review and amend the complaint initiating this complex litigation.

2. If the Plaintiffs' motion for appointment of competent counsel is not granted by the Court, the Plaintiffs humbly request the additional time to continue their efforts to find competent counsel and if Plaintiffs are unable to secure counsel within the first thirty days of the requested expansion, use the remaining thirty days of the expansion to have all defendants served.

3. As pointed out in Plaintiffs motion for appointment of counsel, the tort notice required to be given under the law caused retaliatory acts that resulted in both the loss of funding for counsel and the diversion of Plainiffs limited resources and time to locate the still missing Plaintiff 93-year old Doris Holt, who also disappeared in the acts of retaliation by the defendants.

Motion is ex parte and since no defendants have been served a summons or complaint as of the date of the filing of this motion no notice formal or informal of this motion has been given.  This motion is based on the documents filed by the Plaintiffs in this case including the Complaint and the "**PRO SE PLAINTIFFS' MOTION FOR APPOINTMENT OF COUNSEL.**" Plaintiffs have filed this motion within the original deadline for the service of summons and complaint.

Plaintiffs have asked for no previous extensions of time in this case and have no choice but to request expansion of time in order to effectively pursue justice.

This the 28th day of May, 2010.
Respectfully submitted by,

*(signature)* Doris Holt by JBS
Doris Holt, *Pro Se*[1]
Suite 183
7001 Saint Andrews Rd.
Columbia, SC, 29212

*(signature)*
James B. Spencer, *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC, 29212

---

[1] Presumed to be still alive executed by her durable power of attorney her son James B. Spencer.

_____
Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC 29577
(843) 626-3229

_____
Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

_____
Ricky Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Bruce Benson, Plaintiff, *Pro Se*
848 N, Rainbow BL., Suite 491
Las Vegas, Nevada 89107-1103
(702) 524-9006

_____
Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, Nevada 89107
(310) 337-2820

_____
Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

_____
Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

## CERTIFICATE OF SERVICE

I, James Spencer, *Pro Se*, do hereby certify that the foregoing *Pro Se* **PLAINTIFFS'' EX PARTE MOTION FOR STAY AND EXPANSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS** has not been served on the defendants nor notice given since the defendants have not been served a summons and complaint as of this day by either mail, fax or electronic transfer.

This the 28th day of May, 2010.

Respectfully submitted by,

*/s/ James B. Spencer*
James B. Spencer
Suite 183
7001 Saint Andrews Road
Columbia, SC 29212