NIXIE            991    CC   1           79   05/19/10
                 RETURN TO SENDER
                 NO SUCH NUMBER
                 UNABLE TO FORWARD
BC: 20001299999          *0131-03117-07-40

Received
Mail Room

JUN 22 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U S COURTHOUSE
333 CONSTITUTION AVENUE, N W
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Activity in Case 1:10-cv-00210-PLF LAIL et al v. UNITED STATES GOVERNMENT et al Order on Motion to Appoint Counsel
DCD_ECFNotice
to:
DCD_ECFNotice
06/04/2010 12:13 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 6/4/2010 at 12:12 PM and filed on 6/4/2010
**Case Name:**     LAIL et al v. UNITED STATES GOVERNMENT et al
**Case Number:**   1:10-cv-00210-PLF
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER denying [6] plaintiffs' motion for appointment of counsel and [7] plaintiffs' motion for a stay or for an extension of time in which to serve defendants. In light of the factors outlined in Local Civil Rule 83.11(b)(3), the Court has determined that the appointment of counsel is not appropriate in this case. The Court will not extend the period of time in which the plaintiffs must effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure because the plaintiffs have failed to demonstrate good cause for an extension. Signed by Judge Paul L. Friedman on June 4, 2010. (MA)**

**1:10-cv-00210-PLF Notice has been electronically mailed to:**

JAMES B. SPENCER jamesbspencer@sc.rr.com

**1:10-cv-00210-PLF Notice will be delivered by other means to::**

BRUCE BENSON
6710 West Lake Mead Boulevard
Suite 311
Las Vegas, NV 89105

DAN GREEN
5777 West Century Boulevard
Suite 1060
Los Angeles, CA 90045

IRENE SANTACROCE
205 Deer Trace Circle
Myrtle Beach, SC 29588

MARGUERITE STEPHENS
207 Deer Trace Circle
Myrtle Beach, SC 29588

NICHOLAS C. WILLIAMSON
8005 White Ash Court
Oak Ridge, NC 27310

RICKY STEPHENS
207 Deer Trace Circle
Myrtle Beach, SC

RODNEY LAIL
P.O. Box 2753
Myrtle Beach, SC 29578

VIRGINIA WILLIAMSON
8005 White Ash Court
Oak Ridge, NC 27310