AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brenda Hughes

was received by me on *(date)* 07|01|10 .

☒ I personally served the summons on the individual at *(place)* Uni health

on *(date)* 07|01|10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07|01|10

*Tammy Lail*
Server's signature

Tammy Lail
Printed name and title

608 18th Ave N. Myrtle Beach SC
Server's address                      29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brenda Hughes__

was received by me on *(date)* __07/01/10__ .

☒ I personally served the summons on the individual at *(place)* __Unihealth__

on *(date)* __07/01/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

_____
*Server's signature*

__Tammy Lail__
*Printed name and title*


__608 18th Ave. N.  Myrtle Beach, SC__
*Server's address*  __29577__

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brenda Hughes

was received by me on *(date)*  07/01/10 .

☒ I personally served the summons on the individual at *(place)*  Unihealth

on *(date)*  07/01/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

Tamala Lail

*Server's signature*

Tamala Lail

*Printed name and title*

608 18th Ave N. Myrtle Beach SC 29577

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Marsh

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maryetta _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* SC Education
Lottery Administration Office  on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Server's signature

Tammy Lail
_____
Printed name and title

608 18th Ave. N. Myrtle Beach SC
_____  29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas Marsh

was received by me on *(date)*  07/01/10     .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Maryetta                          , who is

designated by law to accept service of process on behalf of *(name of organization)*  SC Education

Lottery Administrative Office     on *(date)*  07/01/10   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
*Server's signature*

Tammy Lail
_____
*Printed name and title*

608 18th Ave N    Myrtle Beach SC
_____
*Server's address*        29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles Beaman Jr   Palmetto Health

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maggie Mobley , who is
designated by law to accept service of process on behalf of *(name of organization)* Palmetto Health
Administrative Assistant on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

Tammy Cail
*Server's signature*

Tammy Cail
*Printed name and title*

608 18th Ave. N.   Myrtle Beach SC
*Server's address*   29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Suzanne Tillman

was received by me on *(date)*  07/01/10  .

☒ I personally served the summons on the individual at *(place)*  Palmetto Senior Care
15 Medical Park (3555 Harden St Ext) on *(date)*  07/01/10  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 09/01/10 _____

_____
Server's signature

Tammy Cail
Printed name and title

608 18th Ave N.  Myrtle Beach SC
Server's address     29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Suzanne Tillman_

was received by me on *(date)* _07/01/10_ .

☒ I personally served the summons on the individual at *(place)* _Palmetto Senior Care_
_15 Medical Park (3555 Harden St Ext)_ on *(date)* _07/01/10_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _07/01/10_

_____
*Server's signature*

_Tammy Lail_
*Printed name and title*

_608 18th Ave N. Myrtle Beach SC_
*Server's address*        _29577_

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jennifer Brewton

was received by me on *(date)*  07/01/10 .

◻ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Sylvestor _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  Palmetto Senior
Care reception desk _____ on *(date)* 07/01/10 ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
*Server's signature*

Tammy Lail
_____
*Printed name and title*

608 18th Ave N  Myrtle Beach SC
_____   29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Brewton

was received by me on *(date)*  07/01/10  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sylvestor _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Palmetto Senior

Care reception desk _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

_____
*Server's signature*

Tammy Lail
_____
*Printed name and title*

608 18th Ave. N.  Myrtle Beach, SC
_____  29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Kathy Beers_

was received by me on *(date)* _07/01/10_ .

☒ I personally served the summons on the individual at *(place)* _Palmetto Senior Care_

on *(date)* _07/01/10_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _07/01/10_

_Tammy Lail_
Server's signature

_Tammy Lail_
Printed name and title

_608 18th Ave. N.   Myrtle Beach SC_
_29577_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kathy Beers

was received by me on *(date)*                                   .

☒ I personally served the summons on the individual at *(place)*  Palmetto Senior Care

on *(date)* 07/01/10          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00    .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
*Server's signature*

Tammy Lail
*Printed name and title*

608 18th Ave N.  Myrtle Beach SC
29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Keel

was received by me on *(date)*  07/01/10 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Avis , who is

designated by law to accept service of process on behalf of *(name of organization)*  SC Dept of
Public Safety Administrative Reception on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
Server's signature

Tammy Lail
Printed name and title

608 18th Ave N. Myrtle Beach SC
Server's address                  29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mark Keel

was received by me on *(date)*   07/01/10   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Avis   , who is

designated by law to accept service of process on behalf of *(name of organization)*   SC Dept of

Public Safety Administrative Reception   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/01/10

_____
Server's signature

Tammy Lail
_____
Printed name and title

608 18th Ave N.   Myrtle Beach SC
_____   29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mike Hodan

was received by me on *(date)*  07/01/10  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debbie                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*  SLED

Front Desk Administration                    on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
Server's signature

Tammy Lail
_____
Printed name and title

608 18th Ave N.  Myrtle Beach SC
_____                              29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mike Procan

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* SLED

Front Desk Administration on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____ Tammy Rio
*Server's signature*

Tammy Cail
*Printed name and title*


608 18th Ave N. Myrtle Beach SC
*Server's address*  29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Capt David Caldwell**

was received by me on *(date)* **07/01/10** .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie** , who is

designated by law to accept service of process on behalf of *(name of organization)* **SLED**

**Front Desk Administration** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
*Server's signature*

**Tammy Lail**
_____
*Printed name and title*


**608 18th Ave N Myrtle Beach SC**
_____
*Server's address*   **29577**

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capt David Caldwell

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* SLED
Front Desk Administration _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Server's signature

*Tammy Lail*
Printed name and title

608 18th Ave. N. Myrtle Beach, SC
Server's address              29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CAPT LARRY GATNEY

was received by me on *(date)*  07/01/10 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debbie , who is

designated by law to accept service of process on behalf of *(name of organization)*  SLED

Front Desk Administration  on *(date)*  07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Tammy Lail
*Server's signature*

Tammy Lail
_____
*Printed name and title*


608 18th Ave N.   Myrtle Beach SC
_____  29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chief Johnny Morgan

was received by me on *(date)* Saundra Rhodes 7-2-2010

☑ I personally served the summons on the individual at *(place)* 2560 Main St, Soite 7 Conway SC. 29526 _____ on *(date)* 7-2-2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Saundra Rhodes , who is

designated by law to accept service of process on behalf of *(name of organization)* HCPD M.L. Brown Public Safety Building on *(date)* 7/2/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-2-2010

Michael F. Santacroce
*Server's signature*

Michael F. Santacroce
*Printed name and title*

4818 New Haven Ct. Myrtle Beach, SC 29579
*Server's address*

Additional information regarding attempted service, etc:

1. Johnny Morgan was not there—
2. Saundra Rhodes Accepted, and signed summons on behalf of Johnny Morgan. (MFS)

For Horry County, South Carolina

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy Jones Deputy Cleek of Court

was received by me on *(date)* July 2, 2010

☑ I personally served the summons on the individual at *(place)* Clerk of Courts Office 1301 2nd Ave Conway on *(date)* 7-2-10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/2/2010

Michael F. Santacroce
*Printed name and title*

4818 New Haven Ct, Myrtle Beach, SC, 29579
*Server's address*

Additional information regarding attempted service, etc:

FILED
10 JUL -2 AM 11:10
MELANIE ... CLERK U.S. DISTRICT COURT

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 130, 2nd ave. Conway, SC, 29526

to John Weaver _____ on *(date)* 7-2-2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-2-2010

_____
Server's signature

Michael F. Santacroce
Printed name and title

4818 New Haven Ct, Myrtle Beach, SC.
Server's address
29579

Additional information regarding attempted service, etc:

Accepted for
Horry County

COUNTY ADMINISTRATOR

10 JUL -2 AM 11: 16

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR

_____

|  |  |
|---|---|
| Rodney Lail, et al. . | ) |
| . | ) |
|  | ) Case No.01:10-cv-00210-PLF |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| The United States Government, | ) |
| et al. | ) |
| Defendants. | ) |
|  | ) |

_____

## **AFFIDAVIT OF RODNEY KEITH LAIL**

PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 1, 20010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 2, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

   a. Federal Bureau of Investigation

   b. Thomas Isabella, Jr.,  Individually

   c. Thomas Isabella, Jr. as an employee with the FBI

   d. Monte Dell McKee, Individually

   e. Monte Dell McKee, as an employee of the FBI

   f. Michael Kirkpatrick, Individually

   g. Michael Kirkpatrick, as an employee of the FBI

     h.  Kerry Haynes, Individually

     i.  Kerry Haynes, as an employee of the FBI

     j.  George Skaluba, Individually,

     k.  George Skaluba, as an employee of the FBI

     l.  David M. Hardy, Individually

     m. David M. Hardy, as an employee of the FBI

     n.  Paul Gardner, Individually

     o.  Paul Gardner, as an employee of the FBI

     p.  Noel Herold, Individually

     q.  Noel Herold, as a employee/contractor with the FBI

     r.  United States Government

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 2, 2010**. (See attached executed receipt Document A)**

   **2.**  It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity.  **(See Attached Documents A & B)**

   3.  I also individually provided a summons and complaint that was packaged and sent by Federal Express to the United States Attorney General Eric Holder on July 1, 2010, that was received by S. Robinson on July 2, 2010. (**See Attached Document C)**

   **4.**  I also individually provided a summons and complaint that was packaged and sent by Federal Express to Noel Herold Individually on July 1, 2010, that was not accepted by Mr. Herold.  **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

## **NOTARIZED SIGNATURE**

Your Signature: _____

(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of <u>July 2</u> of the year <u>2010</u>.

Signature of Notary: _____

Expiration date of Commission: _23 May 2013_____

Notary Seal or Stamp

FedEx Express          U.S. Mail: PO Box 727        Telephone 901-369-3600
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



**EXHIBIT "A"**



July 02, 2010

Dear JAMES SPENCER:

Our records reflect the following delivery information for the shipment with the tracking number
872619679212.

Delivery Information:

Signed For By:   W.HAIGHT



Delivered to:   555 4TH ST NW

Delivery Date:   July 02, 2010

Delivery Time:   01:07 PM

                 Shipping Information:

Tracking No:   872619679212          Ship Date:   July 01, 2010

Shipper:   RODNEY LAIL               Recipient:   RONALD C MACHEN
           BENSON, BRUCE                          US ATTORNEY
           6170 W LAKE MEAD BLVD                  555 4TH ST
           STE 311                                WASHINGTON, DC 20530
           LAS VEGAS, NV 891082661                US
           US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20100702010073611580

This Information is provided subject to the FedEx Service Guide.

**James B. Spencer**
**Suite 183**
**7001 Saint Andrews Road**
**Columbia, SC 29212**
**(803) 414-0889**

July 1, 2010

US Attorney for the District of Columbia
Ronald C. Machen, Jr.
555 4th Street
Washington, DC 20530

     Re: Civil Action No: 01:10-CV-00210-PLF

Dear Mr. Machen:

Please provide the name and home address of the individuals for their personal
service and return that information and the executed summons to the above address
in order for the Plaintiffs to serve them individually or in the alternative please
accept service on the individual's behalf.

Thank you very much,

Sincerely,

James B. Spencer
*Pro Se* Plaintiff

enclosures

FedEx Express          U.S. Mail: PO Box 727        Telephone 901-369-3500
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**EXHIBIT "C"**



July 02,2010



Dear JAMES spencer:

Our records reflect the following delivery information for the shipment with the tracking number
872619679197.

Delivery Information:

Signed For By:   S.ROBINSON

Delivered to:   3370 V ST

Delivery Date:   July 02, 2010

Delivery Time:   10:57 AM

Shipping Information:

Tracking No:   872619679197          Ship Date:   July 01, 2010

Shipper:   RODNEY LAIL               Recipient:   ERIC HOLDER
                                                  ATTORNEY GENERAL
           7001 ST ANORMUS RD 183                 950 PENNSYLVANIA AVE N W
           COLUMBIA, SC 29212                     WASHINGTON, DC 20530
           US                                     US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2010070201073620400

This Information is provided subject to the FedEx Service Guide.

**FedEx® US Airbill**
Express

FedEx Tracking Number **8726 1967 9201**

**00200**

Sender's Copy

## 1 From *Please print and press hard.*

Date **7-1-10**

Sender's FedEx Account Number   SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name **Rodney Hail**   Phone ( )

Company

Address **7001 St Andrews Rd #183**   Dept./Floor/Suite/Room

City **Columbia**   State **SC**   ZIP **29212**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.   OPTIONAL

## 3 To

Recipient's Name **Noel Herold**   Phone ( )

Company

Address **11385 Attingham Court**   Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City **MANASSES**   State **VA**   ZIP **20111-2971**

**HOLD Weekday**
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

**HOLD Saturday**
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

## 4a Express Package Service
*To most locations.*   *Packages up to 150 lbs.*

☑ **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ **FedEx Standard Overnight**
Next business afternoon.* Saturday Delivery NOT available.

☐ **FedEx First Overnight**
Earliest next business morning delivery to select locations.*

☐ **FedEx 2Day**
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ **FedEx Express Saver**
Third business day.* Saturday Delivery NOT available.

## 4b Express Freight Service
** To most locations.   *Packages over 150 lbs.*

CALL 1.800.332.0897

☐ **FedEx 1Day Freight**
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.   FedEx 1Day Freight Booking No.

☐ **FedEx 2Day Freight**
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ **FedEx 3Day Freight**
Third business day.** Saturday Delivery NOT available.

## 5 Packaging   *Declared value limit $500.*

☐ FedEx Envelope*   ☐ FedEx Pak*
Includes FedEx Small Pak and FedEx Large Pak.   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

## 6 Special Handling and Delivery Signature Options

☐ **SATURDAY Delivery**
NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ **No Signature Required**
Package may be left without obtaining a signature for delivery.

☑ **Direct Signature**
Someone at recipient's address may sign for delivery. *Fee applies.*

☐ **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

**Does this shipment contain dangerous goods?**
One box must be checked.

☑ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

## 7 Payment *Bill to:*

☐ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☑ Credit Card   ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†

___   ___ lbs.   $ ___ .00

**606**

† Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**Ship and track packages at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

RETAIN THIS COPY FOR YOUR RECORDS.

Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY



Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2010 FedEx