AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brenda Hughes

was received by me on *(date)* 07|01|10            .

☒ I personally served the summons on the individual at *(place)* Uni health

on *(date)* 07|01|10            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 07|01|10

Tammy Lail
*Server's signature*

Tammy Lail
*Printed name and title*

608  18th Ave N.   Myrtle Beach SC
*Server's address*                      29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brenda Hughes

was received by me on *(date)*  07/01/10  .

☒ I personally served the summons on the individual at *(place)*  Unihealth

on *(date)*  07/01/10  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

_____
Server's signature

Tammy Lail
_____
Printed name and title


608 18th Ave. N. Myrtle Beach, SC
_____
Server's address   29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Brenda Hughes_

was received by me on *(date)* _07/01/10_ .

☒ I personally served the summons on the individual at *(place)* _Unihealth_

_____  on *(date)* _07/01/10_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _07/01/10_

_Tamala Lail_
Server's signature

_Tamala Lail_
Printed name and title

_408 18th Ave N.  Myrtle Beach SC_
Server's address _29577_

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Thomas Marsh__

was received by me on *(date)* __07/01/10__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Marycttα__ , who is

designated by law to accept service of process on behalf of *(name of organization)* __SC Education__
__Lottery Administration Office__ on *(date)* __07/01/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

_____
Server's signature

__Tammy Lail__
Printed name and title

__608 18th Ave. N. Myrtle Beach SC__
Server's address __29577__

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Marsh

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maryetta , who is
designated by law to accept service of process on behalf of *(name of organization)* SC Education
Lottery Administrative Office on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Tammy Lail
Serve's signature

_____
Tammy Lail
*Printed name and title*

608 18th Ave N   Myrtle Beach SC
_____
*Server's address*
29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles Beaman Jr  Palmetto Health

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maggie Mobley _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Palmetto Health

Administrative Assistant _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

Tammy Cail
_____
*Server's signature*

Tammy Cail
_____
*Printed name and title*

608 18th Ave. N.   Myrtle Beach SC
_____  29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Suzanne Tillman

was received by me on *(date)* 07/01/10 .

☒ I personally served the summons on the individual at *(place)* Palmetto Senior Care 15 Medical Park (3555 Harden St Ext) on *(date)* 07/01/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/01/10

Tammy Cail
*Server's signature*

Tammy Cail
*Printed name and title*

608 18th Ave N.  Myrtle Beach SC 29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Suzanne Tillman
was received by me on *(date)*  07/01/10       .

☒ I personally served the summons on the individual at *(place)*  Palmetto Senior Care
15 Medical Park (3555 Harden St Ext)        on *(date)*  07/01/10       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____                Tammy Lail
                                              *Server's signature*

                                              Tammy Lail
                                              *Printed name and title*


                                   608 18th Ave N. Myrtle Beach SC
                                              *Server's address*          29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Jennifer Brewton_

was received by me on *(date)* _07|01|10_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Sylvestor_ _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Palmetto Senior_

_Cave reception desk_ _____ on *(date)* _07|01|10_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _07|01|10_

_Tammy Lail_
Server's signature

_Tammy Lail_
Printed name and title

_608  18th Ave N   Myrtle Beach SC_
Server's address _29577_

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Jennifer Brewton___

was received by me on *(date)*  07/01/10        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  ___Sylvestor___        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Palmetto Senior

Care reception desk_____ on *(date)* 07/01/10    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

_____
*Server's signature*

___Tammy Lail___
*Printed name and title*


608 18th Ave. N.  Myrtle Beach, SC 29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kathy Beers

was received by me on *(date)* 07/01/10 .

☒ I personally served the summons on the individual at *(place)* Palmetto Senior Care

on *(date)* 07/01/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

Tammy Lail

*Server's signature*

Tammy Lail

*Printed name and title*

608 18th Ave. N.   Myrtle Beach SC

*Server's address*   29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kathy Beers

was received by me on *(date)*                                    .

☒ I personally served the summons on the individual at *(place)*  Palmetto Senior Care

on *(date)* 07/01/10            ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

Tammy Cail
*Server's signature*

Tammy Cail
*Printed name and title*

608 18th Ave N.  Myrtle Beach SC
*Server's address*
29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Keel

was received by me on *(date)* 07|01|10 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Avis , who is

designated by law to accept service of process on behalf of *(name of organization)* SC Dept of

Public Safety Administrative Reception on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
Server's signature

Tammy Lail
Printed name and title

608 18th Ave N. Myrtle Beach SC
Server's address   29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Keel

was received by me on *(date)*  07/01/10  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Avis _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  SC Dept of

Public Safety Administrative Reception  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07/01/10

_____
Server's signature

Tammy Lail
_____
Printed name and title

608 18th Ave N.   Myrtle Beach SC
_____  29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mike Hodan

was received by me on *(date)*  Δ7/01/10  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Debbie  , who is

designated by law to accept service of process on behalf of *(name of organization)*  SLED

Front Desk Administration  on *(date)* 07/01/10  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

Tammy Lail
*Server's signature*

Tammy Lail
*Printed name and title*

608 18th Ave N.  Myrtle Beach SC
*Server's address*   29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mike Hodan**

was received by me on *(date)* **07/01/10** .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie** , who is
designated by law to accept service of process on behalf of *(name of organization)* **SLED**
**Front Desk Administration** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

*Server's signature*

**Tammy Cail**
*Printed name and title*

**608 18th Ave N. Myrtle Beach SC 29577**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Capt David Caldwell**

was received by me on *(date)*  **07/01/10**  .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **Debbie**  , who is

designated by law to accept service of process on behalf of *(name of organization)* **SLED**

**Front Desk Administration** on *(date)* **07/01/10** ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00**  .


I declare under penalty of perjury that this information is true.

Date:  **07/01/10**

_____
**Tammy Lail**
*Server's signature*

**Tammy Lail**
*Printed name and title*


**608 18th Ave N  Myrtle Beach SC**
*Server's address*  **29577**

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capt David Caldwell
was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* SLED
Front Desk Administration _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Server's signature

Tammy Cail
Printed name and title

608 18th Ave. N.  Myrtle Beach, SC
29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capt LARRY GATNEY

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* SLED

Front Desk Administration _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10 _____

_____
Tammy Lail
*Server's signature*

Tammy Lail
_____
*Printed name and title*

608 18th Ave N.   Myrtle Beach SC
_____
*Server's address*    29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)* Chief Johnny Morgan

was received by me on *(date)* Saundra Rhodes 7-2-2010

☑ I personally served the summons on the individual at *(place)* 2560 Main St, Suite 7 Conway SC, 29526    on *(date)* 7-2-2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Saundra Rhodes , who is

designated by law to accept service of process on behalf of *(name of organization)* HCPD

M.L. Brown Public Safety Building    on *(date)* 7/2/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-2-2010

Michael F. Santacroce
*Server's signature*

Michael F. Santacroce
*Printed name and title*

4818 New Haven Ct. Myrtle Beach, SC 29579
*Server's address*

Additional information regarding attempted service, etc:

1. Johnny Morgan was Not there—
2. Saundra Rhodes Accepted, and signed summons on behalf of Johnny Morgan. (MFS)

For Horry County, South Carolina

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy Jones   Deputy Clerk of Court

was received by me on *(date)* July 2, 2010

☑ I personally served the summons on the individual at *(place)* Clerk of Court's Office   1301 2nd Ave Conway on *(date)* 7-2-10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7/2/2010

_____
Server's signature

Michael F. Santacroce
Printed name and title

4818 New Haven Ct, Myrtle Beach, SC, 29579
Server's address

Additional information regarding attempted service, etc:

FILED
10 JUL -2   AM 11:01
MELANIE D. MORRIS
CLERK U.S. COURT

**John Weaver individually and in his official capacity for Horry County.**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 130, 2nd ave. Conway, SC, 29526

to John Weaver _____  on *(date)* 7-2-2010  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-2-2010

_____
Server's signature

Michael F. Santacroce
Printed name and title

4818 New Haven Ct, Myrtle Beach, SC. 29579
Server's address

Additional information regarding attempted service, etc:

Accepted for Horry County

COUNTY ADMINISTRATOR
10 JUL -2 AM 11: 16
RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR

_____
                                                                    )
   Rodney Lail, et al. .                                   )
.                                                                   )
                                                                    ) Case No.01:10-cv-00210-PLF
          Plaintiffs,                          )
                                                                    )
      v.                                            )
                                                                    )
   The United States Government,                          )
   et al.                                                 )
          Defendants.                         )
_____     )

## **AFFIDAVIT OF RODNEY KEITH LAIL**

PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 1, 20010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 2, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

   a. Federal Bureau of Investigation

   b. Thomas Isabella, Jr.,  Individually

   c. Thomas Isabella, Jr. as an employee with the FBI

   d. Monte Dell McKee, Individually

   e. Monte Dell McKee, as an employee of the FBI

   f. Michael Kirkpatrick, Individually

   g. Michael Kirkpatrick, as an employee of the FBI

h. Kerry Haynes, Individually

i. Kerry Haynes, as an employee of the FBI

j. George Skaluba, Individually,

k. George Skaluba, as an employee of the FBI

l. David M. Hardy, Individually

m. David M. Hardy, as an employee of the FBI

n. Paul Gardner, Individually

o. Paul Gardner, as an employee of the FBI

p. Noel Herold, Individually

q. Noel Herold, as a employee/contractor with the FBI

r. United States Government

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 2, 2010**. (See attached executed receipt Document A)**

2. It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity.  **(See Attached Documents A & B)**

3. I also individually provided a summons and complaint that was packaged and sent by Federal Express to the United States Attorney General Eric Holder on July 1, 2010, that was received by S. Robinson on July 2, 2010. (**See Attached Document C)**

4. I also individually provided a summons and complaint that was packaged and sent by Federal Express to Noel Herold Individually on July 1, 2010, that was not accepted by Mr. Herold.  **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

## **NOTARIZED SIGNATURE**

Your Signature: _____

(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of <u>July 2</u> of the year <u>2010</u>.

Signature of Notary: _____

Expiration date of Commission: <u>23 May 2013</u>

Notary Seal or Stamp

FedEx Express           U.S. Mail: PO Box 727         Telephone 901-369-3600
Customer Support         Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**EXHIBIT "A"**



July 02, 2010

███████████████

Dear JAMES SPENCER:

Our records reflect the following delivery information for the shipment with the tracking number 872619679212.

Delivery Information:

Signed For By:  W.HAIGHT



Delivered to:  555 4TH ST NW

Delivery Date:  July 02, 2010

Delivery Time:  01:07 PM

Shipping Information:

| Tracking No: | 872619679212 | Ship Date: | July 01, 2010 |
|---|---|---|---|
| Shipper: | RODNEY LAIL<br>BENSON, BRUCE<br>6170 W LAKE MEAD BLVD<br>STE 311<br>LAS VEGAS, NV 891082661<br>US | Recipient: | RONALD C MACHEN<br>US ATTORNEY<br>555 4TH ST<br>WASHINGTON, DC 20530<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20100702010073611580

This Information is provided subject to the FedEx Service Guide.

**James B. Spencer**
**Suite 183**
**7001 Saint Andrews Road**
**Columbia, SC 29212**
**(803) 414-0889**

July 1, 2010

US Attorney for the District of Columbia
Ronald C. Machen, Jr.
555 4th Street
Washington, DC 20530

  Re: Civil Action No: 01:10-CV-00210-PLF

Dear Mr. Machen:

Please provide the name and home address of the individuals for their personal service and return that information and the executed summons to the above address in order for the Plaintiffs to serve them individually or in the alternative please accept service on the individual's behalf.

Thank you very much,

Sincerely,

James B. Spencer
*Pro Se* Plaintiff

enclosures

FedEx Express          U.S. Mail: PO Box 727          Telephone 901-369-3500
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

<div style="border:2px solid red">**EXHIBIT "C"**</div>



**Express**

July 02, 2010



Dear JAMES spencer:

Our records reflect the following delivery information for the shipment with the tracking number 872619679197.

Delivery Information:

Signed For By:   S.ROBINSON

*S Robinson*

Delivered to:   3370 V ST

Delivery Date:   July 02, 2010

Delivery Time:   10:57 AM

Shipping Information:

Tracking No:   872619679197          Ship Date:   July 01, 2010

Shipper:   RODNEY LAIL              Recipient:   ERIC HOLDER
                                                 ATTORNEY GENERAL
           7001 ST ANORMUS RD 183              950 PENNSYLVANIA AVE N W
           COLUMBIA, SC 29212                  WASHINGTON, DC 20530
           US                                  US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2010070201073620400

This Information is provided subject to the FedEx Service Guide.

**EXHIBIT "D"**

**Page 1 of 2**

# FedEx® US Airbill

Express

FedEx Tracking Number **8726 1967 9201**

**Sender's Copy**

00200

## 1 From *Please print and press hard.*

Date **7-1-10**

Sender's FedEx Account Number  SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name **Rodney Hail**   Phone ( )

Company

Address **7001 St Andrews Rd #183**    Dept./Floor/Suite/Room

City **Columbia**   State **SC**   ZIP **29212**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.   OPTIONAL

## 3 To

Recipient's Name **Noel Herold**   Phone ( )

Company

Address **11385 Attingham Court**    Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City **MANASSES**   State **VA**   ZIP **20111-2971**

## 4a Express Package Service *To most locations.*    *Packages up to 150 lbs.*

- [✓] FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight
Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight
Earliest next business morning delivery to select locations.*
- [ ] FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver
Third business day.* Saturday Delivery NOT available.

## 4b Express Freight Service ** To most locations.*    *Packages over 150 lbs.*

CALL 1.800.332.0897

- [ ] FedEx 1Day Freight
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.   FedEx 1Day Freight Booking No.
- [ ] FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight
Third business day.** Saturday Delivery NOT available.

## 5 Packaging *Declared value limit $500.*

- [ ] FedEx Envelope*
- [ ] FedEx Pak*
Includes FedEx Small Pak and FedEx Large Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx Express Saver, or FedEx 3Day Freight.

- [ ] No Signature Required
Package may be left without obtaining a signature for delivery.
- [✓] Direct Signature
Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. *Fee applies.*

**Does this shipment contain dangerous goods?**
One box must be checked.

- [✓] No
- [ ] Yes
As per attached Shipper's Declaration.
- [ ] Yes
Shipper's Declaration not required.
- [ ] Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

## 7 Payment *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender
Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [✓] Credit Card
- [ ] Cash/Check

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†

_____   _____ lbs.   $ _____ .00

**606**

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

RETAIN THIS COPY FOR YOUR RECORDS.

Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY



## Detailed Results

Printer-Friendly    Get Link    Help

Enter tracking number    **Track**

| Detailed Results | Notifications |
|---|---|

Tracking no.: 872619679201    Select time format: **12H** | 24H    E-mail notifications

### In transit

Initiated — Picked up — In transit — Delivered

**At FedEx destination facility**
**HERNDON, VA**

**Shipment Dates**                     **Destination**
Ship date  ?   Jul 1, 2010
Estimated delivery ?   Jul 6, 2010 by 10:30 AM

### Shipment Facts    Help

| Service type | Priority Pak - Direct Signature Required ? |
|---|---|
| Weight | 2.0 lbs/.9 kg |

### Shipment Travel History    Help

Select time zone:   Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 2, 2010 10:06 PM | **At local FedEx facility** | HERNDON, VA | |
| Jul 2, 2010 3:43 PM | At local FedEx facility | HERNDON, VA | |
| Jul 2, 2010 9:28 AM | Delivery exception | HERNDON, VA | Customer not available or business closed - Signature required ? |
| Jul 2, 2010 7:36 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| Jul 2, 2010 7:12 AM | At local FedEx facility | HERNDON, VA | |
| Jul 2, 2010 5:35 AM | At dest sort facility | DULLES, VA | |
| Jul 2, 2010 2:54 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 1, 2010 11:38 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 1, 2010 9:15 PM | Left FedEx origin facility | WEST COLUMBIA, SC | |
| Jul 1, 2010 7:23 PM | Picked up | COLUMBIA, SC | Tendered at FedEx Kinko's, now FedEx Office |

**FedEx Desktop: Tracking at your fingertips.**
Learn more ▶

Sign up for FedEx® Billing Online Plus to save paper, save time and enter for a chance to win
Learn more ▶

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2010 FedEx