IN THE UNITED STATES DISTRICT COURT
FOR

_____
|                                   )
|   Rodney Lail, et al. .           )
.                                   )
|                                   ) Case No.01:10-cv-00210-PLF
|            Plaintiffs,            )
|                                   )
|        v.                         )
|                                   )
|   The United States Government,   )
|   et al.                          )
|            Defendants.            )
|_____)

# AFFIDAVIT OF RODNEY KEITH LAIL

PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 1, 20010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 2, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

    a. Federal Bureau of Investigation
    b. Thomas Isabella, Jr., Individually
    c. Thomas Isabella, Jr. as an employee with the FBI
    d. Monte Dell McKee, Individually
    e. Monte Dell McKee, as an employee of the FBI
    f. Michael Kirkpatrick, Individually
    g. Michael Kirkpatrick, as an employee of the FBI

  h. Kerry Haynes, Individually

  i. Kerry Haynes, as an employee of the FBI

  j. George Skaluba, Individually,

  k. George Skaluba, as an employee of the FBI

  l. David M. Hardy, Individually

  m. David M. Hardy, as an employee of the FBI

  n. Paul Gardner, Individually

  o. Paul Gardner, as an employee of the FBI

  p. Noel Herold, Individually

  q. Noel Herold, as a employee/contractor with the FBI

  r. United States Government

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 2, 2010**. (See attached executed receipt Document A)**

2. It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity.  **(See Attached Documents A & B)**

3. I also individually provided a summons and complaint that was packaged and sent by Federal Express to the United States Attorney General Eric Holder on July 1, 2010, that was received by S. Robinson on July 2, 2010. (**See Attached Document C**)

4. I also individually provided a summons and complaint that was packaged and sent by Federal Express to Noel Herold Individually on July 1, 2010, that was not accepted by Mr. Herold.  **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

## NOTARIZED SIGNATURE

Your Signature: _[signature]_____
(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of <u>July 2</u> of the year <u>2010</u>.

Signature of Notary: _[signature] amala C. Lai_____

Expiration date of Commission: <u>23 May 2013</u>_____

Notary Seal or Stamp

Page 3 of 3

FedEx Express  U.S. Mail: PO Box 727  Telephone 901-369-3600
Customer Support  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**EXHIBIT "A"**



July 02, 2010

Dear JAMES SPENCER:

Our records reflect the following delivery information for the shipment with the tracking number 872619679212.

Delivery Information:

Signed For By:   W.HAIGHT



Delivered to:    555 4TH ST NW

Delivery Date:   July 02, 2010

Delivery Time:   01:07 PM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 872619679212 | Ship Date: | July 01, 2010 |
| Shipper: | RODNEY LAIL<br>BENSON, BRUCE<br>6170 W LAKE MEAD BLVD<br>STE 311<br>LAS VEGAS, NV 891082661<br>US | Recipient: | RONALD C MACHEN<br>US ATTORNEY<br>555 4TH ST<br>WASHINGTON, DC 20530<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20100702010736115B0

This Information is provided subject to the FedEx Service Guide.

**Exhibit "B"**

**James B. Spencer**
**Suite 183**
**7001 Saint Andrews Road**
**Columbia, SC 29212**
**(803) 414-0889**

July 1, 2010

US Attorney for the District of Columbia
Ronald C. Machen, Jr.
555 4th Street
Washington, DC 20530

      Re: Civil Action No: 01:10-CV-00210-PLF

Dear Mr. Machen:

Please provide the name and home address of the individuals for their personal service and return that information and the executed summons to the above address in order for the Plaintiffs to serve them individually or in the alternative please accept service on the individual's behalf.

Thank you very much,

Sincerely,

*[signature]*
James B. Spencer
*Pro Se* Plaintiff

enclosures

FedEx Express  
Customer Support  
Domestic Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone 901-369-3600

**EXHIBIT "C"**



July 02, 2010



Dear JAMES spencer:

Our records reflect the following delivery information for the shipment with the tracking number 872619679197.

Delivery Information:

Signed For By:   S.ROBINSON

*S Robinsn*

Delivered to:   3370 V ST

Delivery Date:   July 02, 2010

Delivery Time:   10:57 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 872619679197 | Ship Date: | July 01, 2010 |
| Shipper: | RODNEY LAIL | Recipient: | ERIC HOLDER |
| | | | ATTORNEY GENERAL |
| | 7001 ST ANORMUS RD 183 | | 950 PENNSYLVANIA AVE N W |
| | COLUMBIA, SC 29212 | | WASHINGTON, DC 20530 |
| | US | | US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx (1-800-463-3339)  
Reference No: R20100702010736204000

This Information is provided subject to the FedEx Service Guide.

# FedEx US Airbill
Express

FedEx Tracking Number: 8726 1967 9201

Sender's Copy

**1 From** *Please print and press hard.*

Date: 7-1-10

Sender's Name: Rodney Lail

Phone: ( )

Company:

Address: 7001 St Andrews Rd #183

City: Columbia   State: SC   ZIP: 29212

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Joel Herold

Phone: ( )

Company:

Address: 11385 Athingham Court

HOLD Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.

HOLD Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

City: Manasses   State: VA   ZIP: 20111-2971

**4a Express Package Service** *To most locations.*  Packages up to 150 lbs.

[✓] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** **To most locations.* Packages over 150 lbs.

[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging** *Declared value limit $500.*

[ ] FedEx Envelope*
[✓] FedEx Pak*
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling and Delivery Signature Options**

[ ] SATURDAY Delivery

[ ] No Signature Required
[✓] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[✓] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice

[ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

[ ] Sender
[ ] Recipient
[ ] Third Party
[✓] Credit Card
[ ] Cash/Check

Total Packages: 1   Total Weight: 2   Total Declared Value: 0

606

Rev. Date 2/10 • Part #158281 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY

Detailed Results

Printer-Friendly | Get Link | Help

Enter tracking number | Track

**Detailed Results** | Notifications

Tracking no.: 872619679201

Select time format: **12H** | 24H

E-mail notifications

**In transit**

Initiated — Picked up — In transit — Delivered

**At FedEx destination facility**
**HERNDON, VA**

Shipment Dates
Ship date: Jul 1, 2010
Estimated delivery: Jul 6, 2010 by 10:30 AM

Destination

## Shipment Facts        Help

| Service type | Priority Pak - Direct Signature Required |
|---|---|
| Weight | 2.0 lbs/.9 kg |

## Shipment Travel History        Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 2, 2010 10:06 PM | **At local FedEx facility** | HERNDON, VA | |
| Jul 2, 2010 3:43 PM | At local FedEx facility | HERNDON, VA | |
| Jul 2, 2010 9:28 AM | Delivery exception | HERNDON, VA | Customer not available or business closed - Signature required |
| Jul 2, 2010 7:36 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| Jul 2, 2010 7:12 AM | At local FedEx facility | HERNDON, VA | |
| Jul 2, 2010 5:35 AM | At dest sort facility | DULLES, VA | |
| Jul 2, 2010 2:54 AM | Departed FedEx location | MEMPHIS, TN | |
| Jul 1, 2010 11:38 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Jul 1, 2010 9:15 PM | Left FedEx origin facility | WEST COLUMBIA, SC | |
| Jul 1, 2010 7:23 PM | Picked up | COLUMBIA, SC | Tendered at FedEx Kinko's, now FedEx Office |

FedEx Desktop: Tracking at your fingertips.
Learn more ▶

Sign up for FedEx® Billing Online Plus to save paper, save time and enter for a chance to win
Learn more ▶

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2010 FedEx

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Marsh
was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maryetta _____, who is
designated by law to accept service of process on behalf of *(name of organization)* SC Education Lottery Administration Office on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_Tammy Lail_
Server's signature

Tammy Lail
Printed name and title

608 18th Ave. N. Myrtle Beach SC 29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Thomas Marsh**
was received by me on *(date)* **07/01/10**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Maryetta**, who is designated by law to accept service of process on behalf of *(name of organization)* **SC Education Lottery Administrative Office** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_Tammy Lail_
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N   Myrtle Beach SC   29577**
Server's address

Additional information regarding attempted service, etc: