AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Brenda Hughes**
was received by me on *(date)* **07/01/10**.

☒ I personally served the summons on the individual at *(place)* **Uni health**
on *(date)* **07/01/10** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N, Myrtle Beach SC 29577**
Server's address

Additional information regarding attempted service, etc:

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brenda Hughes__
was received by me on *(date)* __07/01/10__ .

☒ I personally served the summons on the individual at *(place)* __Unihealth__
　　on *(date)* __07/01/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
　　on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

　　　　　　　　__Tammy Lail__ (signature)
　　　　　　　　Server's signature

　　　　　　　　__Tammy Lail__
　　　　　　　　Printed name and title

　　　　　　　　__608 18th Ave. N. Myrtle Beach, SC 29577__
　　　　　　　　Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brenda Hughes__
was received by me on *(date)* __07/01/10__ .

☒ I personally served the summons on the individual at *(place)* __Unihealth__
_____ on *(date)* __07/01/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

__Tamala Lail__
*Server's signature*

__Tamala Lail__
*Printed name and title*

__608 18th Ave N, Myrtle Beach SC 29577__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles Beaman Jr  Palmetto Health
was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maggie Mobley , who is
designated by law to accept service of process on behalf of *(name of organization)* Palmetto Health
Administrative Assistant on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

Tammy Lail
Server's signature

Tammy Lail
Printed name and title

608 18th Ave. N.  Myrtle Beach SC
Server's address        29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Suzanne Tillman
was received by me on *(date)* 07/01/10 .

☒ I personally served the summons on the individual at *(place)* Palmetto Senior Care 15 Medical Park (3555 Harden St Ext) on *(date)* 07/01/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

Tammy Gail
*Server's signature*

Tammy Gail
*Printed name and title*

608 18th Ave N, Myrtle Beach SC 29577
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Suzanne Tillman**
was received by me on *(date)* **07/01/10** .

☒ I personally served the summons on the individual at *(place)* **Palmetto Senior Care 15 Medical Park (3555 Harden St Ext)** on *(date)* **07/01/10** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_Tammy Lail_
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N. Myrtle Beach SC 29577**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Brewton

was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sylvestor _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Palmetto Senior
Care reception desk _____ on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

*Server's signature*

Tammy Lail
*Printed name and title*

608 18th Ave N  Myrtle Beach SC
*Server's address*  29577

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jennifer Brewton__
was received by me on *(date)* __07/01/10__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Sylvestor__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Palmetto Senior Care reception desk__ on *(date)* __07/01/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

_____
Server's signature

__Tammy Lail__
Printed name and title

__608 18th Ave. N. Myrtle Beach, SC 29577__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kathy Beers__
was received by me on *(date)* __07/01/10__ .

☒ I personally served the summons on the individual at *(place)* __Palmetto Senior Care__
_____ on *(date)* __07/01/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

_____Tammy Lail_____
Server's signature

_____Tammy Lail_____
Printed name and title

608 18th Ave. N.   Myrtle Beach SC 29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kathy Beers__

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* __Palmetto Senior Care__
_____ on *(date)* __07/01/10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

_____
Server's signature

__Tammy Lail__
Printed name and title

__608 18th Ave N. Myrtle Beach SC 29577__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Keel**
was received by me on *(date)* **07/01/10** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Avis** _____ , who is designated by law to accept service of process on behalf of *(name of organization)* **SC Dept of Public Safety Administrative Reception** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N. Myrtle Beach SC 29577**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Keel**
was received by me on *(date)* **07/01/10**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Avis**, who is designated by law to accept service of process on behalf of *(name of organization)* **SC Dept of Public Safety Administrative Reception** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

*Tammy Lail*
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N. Myrtle Beach SC 29577**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mike Hodan**
was received by me on *(date)* **07/01/10** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie** _____, who is designated by law to accept service of process on behalf of *(name of organization)* **SLED Front Desk Administration** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N. Myrtle Beach SC 29577**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mike Ho Chan__
was received by me on *(date)* __07/01/10__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Debbie__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __SLED__
__Front Desk Administration__ on *(date)* __07/01/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

__Tammy Lai__
*Server's signature*

__Tammy Lai__
*Printed name and title*

__608 18th Ave N. Myrtle Beach SC__
*Server's address* __29577__

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Capt David Caldwell**
was received by me on *(date)* **07/01/10** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debbie** , who is
designated by law to accept service of process on behalf of *(name of organization)* **SLED**
**Front Desk Administration** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
**Tammy Lail**
*Server's signature*

**Tammy Lail**
*Printed name and title*

**608 18th Ave N Myrtle Beach SC 29577**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capt David Caldwell
was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie _____, who is
designated by law to accept service of process on behalf of *(name of organization)* SLED
Front Desk Administration on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

Tammy Lail
*Server's signature*

Tammy Lail
*Printed name and title*

608 18th Ave. N. Myrtle Beach, SC 29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Capt Larry Gainey__
was received by me on *(date)* __07/01/10__ .

☐ I personally served the summons on the individual at *(place)* ____
____ on *(date)* ____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____ , a person of suitable age and discretion who resides there,
on *(date)* ____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Debbie__ ____ , who is
designated by law to accept service of process on behalf of *(name of organization)* __SLED
Front Desk Administration__ on *(date)* __07/01/10__ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify):*


My fees are $ ____ for travel and $ ____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/01/10__

__Tammy Lail__
Server's signature

__Tammy Lail__
Printed name and title

__608 18th Ave N. Myrtle Beach SC 29577__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chief Johnny Morgan__
was received by me on *(date)* __Saundra Rhodes 7-2-2010__

☑ I personally served the summons on the individual at *(place)* __2560 Main St, Suite 7 Conway SC, 29526__ on *(date)* __7-2-2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Saundra Rhodes__, who is designated by law to accept service of process on behalf of *(name of organization)* __HCPD M.L. Brown Public Safety Building__ on *(date)* __7/2/2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-2-2010__

__Michael F. Santacroce__
Server's signature

__Michael F. Santacroce__
Printed name and title

__4818 New Haven Ct. Myrtle Beach, SC 29579__
Server's address

Additional information regarding attempted service, etc:

1. Johnny Morgan was not there—
2. Saundra Rhodes Accepted, and signed summons on behalf of Johnny Morgan. (MFS)

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 1301 2nd ave. Conway, SC, 29526
to John Weaver                                       on *(date)* 7-2-2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-2-2010

*Michael F. Santacroce*
Server's signature

Michael F. Santacroce
Printed name and title

4818 NewHaven Ct, Myrtle Beach, SC, 29579
Server's address

Additional information regarding attempted service, etc:

Accepted for Horry County
John Weaver

RECEIVED
10 JUL -2 AM 11:16
COUNTY ADMINISTRATOR