AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nancy Jones Deputy Clerk of Court__
was received by me on *(date)* __July 2, 2010__

☑ I personally served the summons on the individual at *(place)* __Clerk of Court's Office 1301 2nd Ave Conway__ on *(date)* __7-2-10__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __7/2/2010__

__Michael F. Santacroce__
Server's signature

__Michael F. Santacroce__
Printed name and title

__4818 New Haven Ct, Myrtle Beach, SC, 29579__
Server's address

Additional information regarding attempted service, etc:

FILED HORRY COUNTY 10 JUL -2 AM 11:00 MELANIE ... CLERK OF COURT