IN THE UNITED STATES DISTRICT COURT
FOR

_____

    Rodney Lail, et al. .                     )
.                                                              )
                                                              ) Case No.01:10-cv-00210-PLF
                  Plaintiffs,           )
                                                               )
                v.                         )
                                                )
The United States Government,       )
et al.                                            )
               Defendants.       )
_____   )

## **AFFIDAVIT OF RODNEY KEITH LAIL**

    PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 1, 20010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 2, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

    a. Federal Bureau of Investigation

    b. Thomas Isabella, Jr., Individually

    c. Thomas Isabella, Jr. as an employee with the FBI

    d. Monte Dell McKee, Individually

    e. Monte Dell McKee, as an employee of the FBI

    f. Michael Kirkpatrick, Individually

    g. Michael Kirkpatrick, as an employee of the FBI

      h. Kerry Haynes, Individually

      i. Kerry Haynes, as an employee of the FBI

      j. George Skaluba, Individually,

      k. George Skaluba, as an employee of the FBI

      l. David M. Hardy, Individually

      m. David M. Hardy, as an employee of the FBI

      n. Paul Gardner, Individually

      o. Paul Gardner, as an employee of the FBI

      p. Noel Herold, Individually

      q. Noel Herold, as a employee/contractor with the FBI

      r. United States Government

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 2, 2010. **(See attached executed receipt Document A)**

2. It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity. **(See Attached Documents A & B)**

3. I also individually provided a summons and complaint that was packaged and sent by Federal Express to the United States Attorney General Eric Holder on July 1, 2010, that was received by S. Robinson on July 2, 2010. (**See Attached Document C**)

4. I also individually provided a summons and complaint that was packaged and sent by Federal Express to Noel Herold Individually on July 1, 2010, that was not accepted by Mr. Herold. **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

## NOTARIZED SIGNATURE

Your Signature: _____
(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of <u>July 2</u> of the year <u>2010</u>.

Signature of Notary: <u>Vamala C. Lail</u>

Expiration date of Commission: <u>23 May 2013</u>

Notary Seal or Stamp

Page 3 of 3

FedEx Express            U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support         Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**EXHIBIT "A"**



July 02, 2010

Dear JAMES SPENCER:

Our records reflect the following delivery information for the shipment with the tracking number 872619679212.

Delivery Information:

Signed For By:   W.HAIGHT



Delivered to:    555 4TH ST NW

Delivery Date:   July 02, 2010

Delivery Time:   01:07 PM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 872619679212 | Ship Date: | July 01, 2010 |
| Shipper: | RODNEY LAIL<br>BENSON, BRUCE<br>6170 W LAKE MEAD BLVD<br>STE 311<br>LAS VEGAS, NV 891082661<br>US | Recipient: | RONALD C MACHEN<br>US ATTORNEY<br>555 4TH ST<br>WASHINGTON, DC 20530<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20100702010736 11580

This Information is provided subject to the FedEx Service Guide.

**James B. Spencer**
Suite 183
7001 Saint Andrews Road
Columbia, SC 29212
(803) 414-0889

July 1, 2010

US Attorney for the District of Columbia
Ronald C. Machen, Jr.
555 4th Street
Washington, DC 20530

      Re:  Civil Action No:  01:10-CV-00210-PLF

Dear Mr. Machen:

Please provide the name and home address of the individuals for their personal service and return that information and the executed summons to the above address in order for the Plaintiffs to serve them individually or in the alternative please accept service on the individual's behalf.

Thank you very much,

Sincerely,

*[signature]*
James B. Spencer
*Pro Se* Plaintiff


enclosures

FedEx Express          U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



**EXHIBIT "C"**

July 02, 2010

Dear JAMES spencer:

Our records reflect the following delivery information for the shipment with the tracking number 872619679197.

Delivery Information:

Signed For By:    S.ROBINSON



Delivered to:    3370 V ST

Delivery Date:    July 02, 2010

Delivery Time:    10:57 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 872619679197 | Ship Date: | July 01, 2010 |
| Shipper: | RODNEY LAIL | Recipient: | ERIC HOLDER |
| | | | ATTORNEY GENERAL |
| | 7001 ST ANORMUS RD 183 | | 950 PENNSYLVANIA AVE N W |
| | COLUMBIA, SC 29212 | | WASHINGTON, DC 20530 |
| | US | | US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20100702010736 20400

This Information is provided subject to the FedEx Service Guide.

**EXHIBIT "D"**
**Page 1 of 2**

# FedEx US Airbill

FedEx Tracking Number: 8726 1967 9201

Sender's Copy

**1 From** *Please print and press hard.*

Date: 7-1-10

Sender's Name: Rodney Nail

Address: 7001 St Andrews Rd #183

City: Columbia   State: SC   ZIP: 29212

**3 To**

Recipient's Name: Joel Herold

Address: 11385 Athingham Court

City: Manasses   State: VA   ZIP: 20111-2971

**4a Express Package Service**
- [x] FedEx Priority Overnight

**5 Packaging**
- [x] FedEx Pak*

**6 Special Handling and Delivery Signature Options**
- [x] Direct Signature

Does this shipment contain dangerous goods?
- [x] No

**7 Payment** Bill to:
- [x] Credit Card

Total Packages: 1   Total Weight: 2   Total Declared Value: 0

606



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Marsh
was received by me on *(date)* 07/01/10 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Maryetta _____ , who is designated by law to accept service of process on behalf of *(name of organization)* SC Education Lottery Administration Office on *(date)* 07/01/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/01/10

_____
Server's signature

Tammy Lail
Printed name and title

608 18th Ave. N. Myrtle Beach SC 29577
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Thomas Marsh**
was received by me on *(date)* **07/01/10**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Maryetta**, who is designated by law to accept service of process on behalf of *(name of organization)* **SC Education Lottery Administrative Office** on *(date)* **07/01/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/01/10**

_____
*Server's signature*

**Tammy Lail**
*Printed name and title*

**608 18th Ave N   Myrtle Beach SC 29577**
*Server's address*

Additional information regarding attempted service, etc: