IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rodney Lail, et al. | ) | C/A No. 01:10-CV 00210 PLF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

We, the undersigned, counsel of record for Defendants Palmetto Health Care[1], Columbia, SC; Suzanne Tillman, Individually and in her official capacity as Director with Palmetto Senior Care; Jennifer Brewton, Individually and in her official capacity with Palmetto Senior Care; Kathy Beers, Individually and in her official capacity as Administrator with Palmetto Senior, Care-White Rock; The State of South Carolina; The State of South Carolina Law Enforcement Division; Captain David Caldwell, Individually and in his official capacity with SLED; Captain Larry Gainey, Individually and in his official capacity with SLED; Mark Keel, Individually and in his official capacity with SLED; Mike Prodan, Individually and in his official capacity with SLED; The South Carolina Department of Social Services, Columbia, SC; Princess Hodges, Individually and in her official capacity with DSS; Susan Stroman, Individually and in her official capacity with the SC Department of Social Services, SC; John Weaver, Individually and in his official capacity as the Horry County Attorney, Horry County; Horry County Police Chief, John Morgan, Individually and in his official capacity with Horry County; and Horry County, Conway, SC, certify that to the best of our knowledge and belief, there are no

---

[1] Based on information and belief, the correct named corporate Defendant should be Palmetto Health, a 501(c)(3) entity.

parent companies, subsidiaries or affiliates of any of these Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

| | |
|---|---|
| s/Monte Fried<br>Monte Fried<br>WRIGHT, CONSTABLE & SKEEN, L.L.P.<br>One Charles Center, 16th Floor<br>100 North Charles Street<br>Baltimore, Maryland 20201<br><br>(310) 659-1300<br>mfried@wcslaw.com<br><br><br>July 21, 2010 | s/William C. McDow<br>William C. McDow<br>*Pro Hac Vice* (Admission Pending)<br>RICHARDSON PLOWDEN & ROBINSON, P.A.<br>1900 Barnwell Street (29201)<br>P.O. Drawer 7788<br>Columbia, South Carolina 29202<br><br>(803) 576-3719<br>bmcdow@richardsonplowden.com<br><br>July 21, 2010 |
| s/Eugene H. Matthews<br>Eugene H. Matthews<br>*Pro Hac Vice* (Admission Pending)<br>RICHARDSON PLOWDEN & ROBINSON, P.A.<br>1900 Barnwell Street (29201)<br>P.O. Drawer 7788<br>Columbia, South Carolina 29202<br><br>(803) 576-3733<br>gmatthews@richardsonplowden.com<br><br>July 21, 2010 | s/Shelton W. Haile<br>Shelton W. Haile<br>*Pro Hac Vice* (Admission Pending)<br>RICHARDSON PLOWDEN & ROBINSON, P.A.<br>1900 Barnwell Street (29201)<br>P.O. Drawer 7788<br>Columbia, South Carolina 29202<br><br>(803) 576-3715<br>shaile@richardsonplowden.com<br><br>July 21, 2010 |

Attorneys of Record for Defendants Palmetto Health Care, Columbia, SC; Suzanne Tillman, Individually and in her official capacity as Director with Palmetto Senior Care; Jennifer Brewton, Individually and in her official capacity with Palmetto Senior Care; Kathy Beers, Individually and in her official capacity as Administrator with Palmetto Senior, Care-White Rock; The State of South Carolina; The State of South Carolina Law Enforcement Division; Captain David Caldwell, Individually and in his official capacity with SLED; Captain Larry Gainey, Individually and in his official capacity with SLED; Mark Keel, Individually and in his official capacity with SLED; Mike Prodan, Individually and in his official capacity with SLED; The South Carolina Department of Social Services, Columbia, SC; Princess Hodges, Individually and in her official capacity with DSS; Susan Stroman, Individually and in her official capacity with the SC Department of Social Services, SC; John Weaver, Individually and in his official capacity as the Horry County

Attorney, Horry County; Horry County Police Chief, John Morgan, Individually and in his official capacity with Horry County; and Horry County, Conway, SC

## CERTIFICATE OF SERVICE

This is to certify that on this 21 day of July, 2010, a true and correct copy of the above Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, was electronically transmitted to the Clerk of Court using the ECF System for filing, and copies of said Certificate were mailed, with sufficient postage affixed thereto and return address clearly marked, to the following parties:

Bruce Benson
6170 West Lake Mead Blvd., Suite 311
Las Vegas, NV 89108

Dan Green
848 North Rainbow Blvd., Suite 170
Las Vegas, NV 89107

Doris E. Holt
7001 St. Andrews Road, Suite 183
Columbia, SC 29212

Rodney Lail
608 18th Ave. North
Myrtle Beach, SC 29577

Irene Santacroce
205 Deer Trace Circle
Myrtle Beach, SC 29588

Ricky Stephens
207 Deer Trace Circle
Myrtle Beach, SC 29588

Marguerite Stephens
207 Deer Trace Circle
Myrtle Beach, SC 29588

Nicholas C. Williamson
8005 White Ash Court
Oak Ridge, NC 27310

Virginia Williamson
8005 White Ash Court
Oak Ridge, NC 27310

s/Monte Fried
Monte Fried