# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY LAIL**, et al., )<br> )<br>         *Plaintiffs*, )<br> )<br>    v.                                )<br> )<br>**UNITED STATES**, et al., )<br> )<br>         *Defendants*. )<br>_____ ) | Case No. 1:10-cv-00210 (PLF) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, please take notice of the entry of the appearance of the undersigned as counsel of record for defendants Unihealth Post-Acute Care – Columbia and Brenda Hughes.[1]

                                                        Respectfully submitted,

                                                        AEGIS LAW GROUP LLP

Dated:  July 21, 2010            By:    /s/ Oliver Garcia
                                                        Oliver Garcia (D.C. Bar No. 456600)
                                                        901 F Street, N.W., Suite 500
                                                        Washington, D.C. 20004
                                                        Tel: (202) 737-3500
                                                        Fax: (202) 737-3330
                                                        email: ogarcia@aegislawgroup.com

                                                        *Attorneys for Unihealth Post-Acute Care*
                                                        *Columbia and Brenda Hughes*

---

[1]  The address of both defendants is 2451 Forest Drive, Columbia, South Carolina 29204.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Monte Fried, Esq.
> WRIGHT, CONSTABLE & SKEEN, L.L.P.
> 100 North Charles Street
> Suite 1600
> Baltimore, MD 21202-3805
> Email: mfried@wcslaw.com

and that I have caused a copy to be deposited in the United States Mail, first-class postage prepaid, addressed to:

| | |
|---|---|
| Bruce Benson<br>6170 West Lake Mead Blvd., Suite 311<br>Las Vegas, NV 89108 | Dan Green<br>848 North Rainbow Blvd., Suite 170<br>Las Vegas, NV 89107 |
| Doris E. Holt<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 | Rodney Lail<br>608 18th Ave. North<br>Myrtle Beach, SC 29577 |
| Irene Santacroce<br>205 Deer Trace Circle<br>Myrtle Beach, SC 29588 | James B. Spencer<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 |
| Ricky Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 | Marguerite Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 |
| Nicholas C. Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 | Virginia Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 |

   **/s/ Oliver Garcia**