**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RODNEY LAIL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:10-CV-00210 (PLF) |
| UNITED STATES, et al., | ) ) ) |
| Defendants. | ) ) ) ) ) |

**LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS**
**AND FINANCIAL INTEREST**

As provided by LCvR 7.1, I, the undersigned, counsel of record for Defendants Unihealth Post-Acute Care- Columbia, LLC ("Unihealth Columbia") and Brenda Hughes, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Unihealth Columbia which have securities in the hands of the public. These representations are made in order that Judges of this Court may determine the need for recusal.

[*Signature of counsel appears on following page*]

2846973v1

This 21st day of July, 2010.

        Respectfully submitted,

        AEGIS LAW GROUP LLP

        /s/ Oliver Garcia
        Oliver Garcia (#456600)
        901 F Street, N.W., Suite 500
        Washington, D.C. 20004
        Tel: (202) 737-3500
        Fax: (202) 737-3330
        email: ogarcia@aegislawgroup.com


        OF COUNSEL:

        ARNALL GOLDEN GREGORY LLP
        Jason E. Bring
        Georgia Bar No. 023498
        Andrew B. Flake
        Georgia Bar No. 262425
        171 17th Street, NW
        Suite 2100
        Atlanta, Georgia 30363
        (404) 873-8500
        (404) 873-8501 (facsimile)

        *Attorneys for Defendants Unihealth Post-Acute Care-Columbia, LLC and Brenda Hughes*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Monte Fried, Esq.
>WRIGHT, CONSTABLE & SKEEN, L.L.P.
>100 North Charles Street
>Suite 1600
>Baltimore, MD 21202-3805
>Email: mfried@wcslaw.com

and that I have caused a copy to be deposited in the United States Mail, first-class postage prepaid, addressed to:

| | |
|---|---|
| Bruce Benson<br>6170 West Lake Mead Blvd., Suite 311<br>Las Vegas, NV 89108 | Dan Green<br>848 North Rainbow Blvd., Suite 170<br>Las Vegas, NV 89107 |
| Doris E. Holt<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 | Rodney Lail<br>608 18th Ave. North<br>Myrtle Beach, SC 29577 |
| Irene Santacroce<br>205 Deer Trace Circle<br>Myrtle Beach, SC 29588 | James B. Spencer<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 |
| Ricky Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 | Marguerite Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 |
| Nicholas C. Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 | Virginia Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 |

    **/s/ Oliver Garcia**