IN THE UNITED STATES DISTRICT COURT
FOR

| | |
|---|---|
| Rodney Lail, et al. ., | ) |
| | ) |
| | ) Case No.01:10-cv-00210-PLF |
| Plaintiffs, | ) |
| v. | ) |
| The United States Government, et al. | ) |
| Defendants. | ) |

## AFFIDAVIT OF RODNEY KEITH LAIL

PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 23, 2010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 26, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

    a. Mathew Perry, Individually

    b. Mathew Perry, as an employee with the FBI

    c. N. John Benson, Individually

    d. N. John Benson. as an employee with the FBI

    e. Christopher Swecker, Individually

    f. Christopher Swecker, as an employee of the FBI

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 26, 2010. **(See attached executed receipt Document A)**

2. It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity. **(See Attached Documents A & B)**

3. I also individually provided a summons and complaint to the Academy Group, Inc., that was packaged and sent by Federal Express (on July 23, 2010, that was received by P Hooven on July 26, 2010. **(See Attached Document C)**

4. I also individually provided a summons and complaint that was packaged and sent by Federal Express to UniHealth Corporate on July 23, 2010, that was accepted by J. Bennett. **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

**NOTARIZED SIGNATURE**

Your Signature: _Rodney K Lail_
(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of July 28 of the year 2010.

Signature of Notary: _Tamala C. Lail_

Expiration date of Commission: 23 May 2013

Notary Seal or Stamp

Page 2 of 2

FedEx Express  U.S. Mail: PO Box 727  Telephone 901-369-3600
Customer Support  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**DOCUMENT "A"**



July 28, 2010



Our records reflect the following delivery information for the shipment with the tracking number 872619764885.

Delivery Information:

Signed For By:  W.HAIGHT

Delivered to:  555 4TH ST NW

Delivery Date:  July 26, 2010

Delivery Time:  10:18 AM

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking No: | 872619764885 | Ship Date: | July 23, 2010 |
| Shipper: | RODNEY K LAIL | Recipient: | RONALD C MACHEN JR |
| | 7001 ST ANDREWS RD STE 183 | | US ATTORNEY |
| | COLUMBIA, SC 29212 | | 555 4TH ST |
| | US | | WASHINGTON, DC 20530 |
| | | | US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2010072801061694743

This Information is provided subject to the FedEx Service Guide.

**DOCUMENT "B"**

**James B. Spencer**
**Suite 183**
**7001 Saint Andrews Road**
**Columbia, SC 29212**
**(803) 414-0889**

July 23, 2010

US Attorney for the District of Columbia
Ronald C. Machen, Jr.
555 4th Street
Washington, DC 20530

      Re:  Civil Action No:  01:10-CV-00210-PLF

Dear Mr. Machen:

Please provide the name and home address of the individuals for their personal service and return that information and the executed summons to the above address in order for the Plaintiffs to serve them individually or in the alternative please accept service on the individual's behalf.

Thank you very much,

Sincerely,

*[signature]*
James B. Spencer
*Pro Se* Plaintiff

enclosures