AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANDREW F. LINDEANN

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* 1611 Devonshire Drive
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lavinia Roche recept. , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* 7/23/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/23/10 _____

_____
Server's signature

Mitchell Stephens
Printed name and title

2200 loatersbern Rd Timm. SC 29161
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Palmetto Health Charles Beaman

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 1301 Taylor St _____

on *(date)* 7/23/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Daffney _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/10

_____
*Server's signature*

Mitchell Stephens
_____
*Printed name and title*

2208 Waters Glory Rd Timmons SC 29161
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Susan F. Stewart

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*  260 Center Point Circle
   on *(date)*  7/23/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7/23/10

_____
*Server's signature*

Mitchell Stephens
*Printed name and title*

2200 loaders Glory Rd Timm SC 29161
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Princess Hodges

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*
_____ on *(date)* 7/23/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/10

_____
*Server's signature*

Mitchell Stephens
*Printed name and title*


2200 loafersbloory Rd Timm SC 29161
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Princess Hodges

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*  3220 Two Notch Rd

on *(date)* 7/23/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7/23/10

_____
Server's signature

Mitchell Stephens
*Printed name and title*


2200 Loafers Glory Rd Timm SC 29161
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Susan Stroman

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* 7/23/10 _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/10 _____

_____
*Server's signature*

Mitchell Stephens
_____
*Printed name and title*


2200 loafers Glory Rd Timm. SC 29161
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Susan Stroman_

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* 7/23/10 _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/23/10 _____        _____
                                   Server's signature

                                   Mitchell Stephens
                                   Printed name and title

                        2200 loafers Glory Rd Trimm. SC 29161
                                   Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sean Markham

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)*   1715 Pickens St
on *(date)*  7/23/10  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  7/23/10

_____
*Server's signature*

Mitchell Stephens
*Printed name and title*

2200 leafers Glory Rd  Timm. SC 29161
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert E. Lee

was received by me on *(date)*              .

☐ I personally served the summons on the individual at *(place)*  McLain + Lee

2141 D Hoffmeyer Rd Flo. SC 29501            on *(date)*              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

            , a person of suitable age and discretion who resides there,

on *(date)*              , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lel Ana Nealey            , who is

designated by law to accept service of process on behalf of *(name of organization)*  McLain + Lee

            on *(date)*  7/26/10            ; or

☐ I returned the summons unexecuted because              ; or

☐ Other *(specify):*



My fees are $            for travel and $            for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:  7/26/10

            _____
                    *Server's signature*

            Mitchell Stephens
                    *Printed name and title*


            2200 loafers Glory Rd Timm SC 29161
                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Glenn Elliot   off.
was received by me on *(date)*   _____ .

☐ I personally served the summons on the individual at *(place)*   181 E Evans
_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Martha Pesch   , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____   on *(date)*  7/26/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  7/26/10 _____

_____
*Server's signature*

Mitchell Stephens
*Printed name and title*

2200 baters Glory Rd Timm SC 29161
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Colenn Elliot  ind.

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*  181 E Evans St
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Martha Pesch , who is
designated by law to accept service of process on behalf of *(name of organization)*  Aiken Bri
_____ on *(date)* 7/26/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/26/10 _____                    _____
                                                    *Server's signature*

                        mitchell Stephens
                        *Printed name and title*


                    2200 loafers Glory Rd Timm SC 29161
                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Jay Saleeby ind._

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _19d E Evans St_

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Martha Pesch_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _7/26/10_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _7/26/10_

_____
Server's signature

_Mitchell Stephens_
Printed name and title

_2200 loafers Glory Rd Timm SC 29161_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ___Jay Saleeby    off.___
was received by me on *(date)*  _____.

☐ I personally served the summons on the individual at *(place)*  ___181 E Evans St___
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  ___Martha Pesch___ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* ___7/26/10___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: ___7/26/10___

_____
*Server's signature*

___mitchell Stephens___
*Printed name and title*

___2200 anters Glory Rd Timms SC 29161___
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Johnny Morgan   Individually
was received by me on *(date)* 02/26/10 .

□ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* J. Hennessey - front desk , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  02/26/10

Tammy Cail
*Server's signature*

Tammy Cail
*Printed name and title*

608 18th Ave N  MBSC 29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Johnny Morgan  Official Capacity
was received by me on *(date)*  07/26/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  J. Hennessey — front desk , who is
designated by law to accept service of process on behalf of *(name of organization)*  Johnny Morgan
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  07/26/10

Tammy Lail
*Server's signature*

Tammy Lail
*Printed name and title*

608 18th Ave N  MBSC 29577
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John Weaver Individually

was received by me on *(date)*  07/26/10   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Amelia – reception/secretary   , who is
designated by law to accept service of process on behalf of *(name of organization)*  John Weaver
on *(date)*  07/26/10  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07/26/10  _____

_____
Server's signature

Tammy Lail
_____
Printed name and title

608 18th Ave N  MBSC 29577
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   John Weaver   Official Capacity

was received by me on *(date)*   07/26/10   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Amelia - receptionist / Secretary   , who is

designated by law to accept service of process on behalf of *(name of organization)*   John Weaver

_____   on *(date)*   07/26/10   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/26/10

Tammy Lail
*Server's signature*

Tammy Lail
*Printed name and title*

608  18th Ave N  MBSC 29577
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR

|  |  |
|---|---|
| Rodney Lail, et al. . | ) |
| . | ) |
|  | ) |
|  | ) Case No.01:10-cv-00210-PLF |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| The United States Government, | ) |
| et al. | ) |
| Defendants. | ) |
|  | ) |

## **AFFIDAVIT OF RODNEY KEITH LAIL**

PERSONALLY APPEARED before me the undersigned Rodney Keith Lail who after being duly sworn states the following:

1. On July 23, 2010, I delivered and had boxed and shipped by FED-EX overnight to be delivered by noon July 26, 2010, summons for entities and individuals as applicable both individually and in their official capacity: and complaints for the following defendants:

   a. Mathew Perry, Individually

   b. Mathew Perry, as an employee with the FBI

   c. N. John Benson, Individually

   d. N. John Benson. as an employee with the FBI

   e. Christopher Swecker, Individually

   f. Christopher Swecker, as an employee of the FBI

These documents were sent to the United States Attorney for the District of Columbia and were received by W. Haight on July 26, 2010. **(See attached executed receipt Document A)**

2. It was requested that the US Attorney either accept service for these defendants individually or provide the address and return the applicable summons so that a summons and complaint could be sent to each defendant applicable in their individual capacity. **(See Attached Documents A & B)**

3. I also individually provided a summons and complaint to the Academy Group, Inc., that was packaged and sent by Federal Express (on July 23, 2010, that was received by P Hooven on July 26, 2010. **(See Attached Document C)**

4. I also individually provided a summons and complaint that was packaged and sent by Federal Express to UniHealth Corporate on July 23, 2010, that was accepted by J. Bennett. **(See Attached Document D)**

I affiant Rodney Lail sayeth further naught.

**NOTARIZED SIGNATURE**

Your Signature: _____
(To be signed in the presence of a Notary)

Subscribed and sworn before me, this _ day of July 28 of the year 2010.

Signature of Notary: _____

Expiration date of Commission: 23 May 2013

Notary Seal or Stamp

Page 2 of 2

FedEx Express          U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support       Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**DOCUMENT "D"**



July 28, 2010

Our records reflect the following delivery information for the shipment with the tracking number
872619764874.

Delivery Information:

    Signed For By:    J.BENNETT



        Delivered to:    331 E TUGALO STEET

        Delivery Date:    July 26, 2010

        Delivery Time:    10:35 AM

                Shipping Information:

    Tracking No:    872619764874          Ship Date:    July 23, 2010

        Shipper:    RODNEY LAIL            Recipient:    CECIL L CLIFTON

                7001 ST ANDREWS RD STE          211 EAST DOYLE ST
                183                             UNIHEALTH PO
                COLUMBIA, SC 29212              TOCCOA, GA 30577
                US                             US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2010072801084498421

This Information is provided subject to the FedEx Service Guide.

FedEx Express                U.S. Mail: PO Box 727          Telephone 901-369-3600
Customer Support             Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**DOCUMENT "C"**



July 28, 2010

Our records reflect the following delivery information for the shipment with the tracking number
872619764896.

Delivery Information:

Signed For By:   P.HOOVEN



Delivered to:   7542 DIPLOMAT 201

Delivery Date:   July 26, 2010

Delivery Time:   12:19 PM

            Shipping Information:

Tracking No:   872619764896              Ship Date:   July 23, 2010

Shipper:   RODNEY LAIL                   Recipient:   DR RICHARD AULT

           7001 ST ANDREWS RD STE                     7542 DIPLOMAT DR
           183                                        MANASSAS, VA 20109
           COLUMBIA, SC 29212                         US
           US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2010072801084498411

This Information is provided subject to the FedEx Service Guide.