AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __David Abramowitz__
was received by me on *(date)* _____ FOR: South CAROLINA LAW Enforcement Division (SLED) STATE OF South Carolina AND Insurance Reserve Fund — S.C.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Sheryl Coffee__, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* __7/23/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7/23/10__

_____
Server's signature

__Mitchell Stephens__
Printed name and title

__2200 Loafers Glory Rd Timm. SC 29161__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 01:10-CV-00210

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Horry County, SC**
was received by me on *(date)* **07/26/10**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Amelia - receptionist/Secretary**, who is designated by law to accept service of process on behalf of *(name of organization)* **John Weaver for Horry County SC** on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **07/26/10**

*Tammy Lail*
Server's signature

**Tammy Lail**
Printed name and title

**608 18th Ave N, MBSC 29577**
Server's address

Additional information regarding attempted service, etc: