**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

[Postage mark: UNITED STATES POSTAGE $00.44° PITNEY BOWES, MAILED FROM ZIP CODE]

[Stamp: RETURN TO SENDER — NO SUCH NUMBER]

[Received stamp: Angela D. Caesar, Clerk of Court, US District Court, District of Columbia — Mail Room — JUL 29 2010]

BRUCE BENSON
6710 West Lake Mead Boulevard
Suite 311
Las Vegas, NV 89105