IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LAIL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 1:10-CV-00210 |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

**THE UNIHEALTH DEFENDANTS' SUPPLEMENTAL
BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendant Unihealth Post-Acute Care- Columbia, LLC ("Unihealth Columbia"), along with its administrator, Brenda Hughes (Unihealth and Ms. Hughes together, the "Unihealth Defendants") previously moved the Court to dismiss all claims against them set forth in the Amended Complaint. [Mot. Dismiss, Docket No. 24.] After the Unihealth Defendants filed that motion, Plaintiffs attempted to serve another summons and complaint on Unihealth Columbia.[1] [*See* Return of Service, Docket No. 27, p. 19 ¶ 4.] At the time, Plaintiffs had filed a Second Amended Complaint [Docket No. 12].

The Second Amended Complaint was filed without prior leave of Court. *See* Fed. R. Civ. P. 15(a)(1). Because it does not differ in its allegations concerning the Unihealth Defendants, to the extent the Court considers the Second Amended Complaint, the Unihealth Defendants would move the Court to dismiss the Second Amended Complaint as well, relying upon and incorporating the points and authorities set forth in their earlier Motion to Dismiss. Further, given the breadth of the pleading and the multiple returns of service filed with the Court, this

---

[1] The Affidavit of Plaintiff Lail refers to service by Federal Express upon "Unihealth Corporate," which appears to refer to Unihealth Columbia.

motion is also brought on behalf of any affiliates, officers, or employees of the Unihealth Defendants, but only to the extent that the Second Amended Complaint is construed to include any of them and only to the extent that service was properly effectuated.

This 9th day of August, 2010.

Respectfully submitted,

AEGIS LAW GROUP LLP

/s/ Oliver Garcia
Oliver Garcia (#456600)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
Tel: (202) 737-3500
Fax: (202) 737-3330
email: ogarcia@aegislawgroup.com

OF COUNSEL:

ARNALL GOLDEN GREGORY LLP
Jason E. Bring
Georgia Bar No. 023498
Andrew B. Flake
Georgia Bar No. 262425
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
(404) 873-8501 (facsimile)

*Attorneys for Defendants Unihealth Post-Acute Care-Columbia, LLC and Brenda Hughes*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| James B. Spencer<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212<br>Email: jamesbspencer@ss.rr.com | William C. McDow, Esq.<br>RICHARDSON PLOWDEN &<br>ROBINSON, P.A.<br>1900 Barnwell Street (29201)<br>P.O. Drawer 7788<br>Columbia, SC 29202<br>Email: bmcdow@richardsonplowden.com |
| Monte Fried, Esq.<br>WRIGHT, CONSTABLE & SKEEN, L.L.P.<br>100 North Charles Street<br>Suite 1600<br>Baltimore, MD 21202-3805<br>Email: mfried@wcslaw.com | |

and that I have caused a copy to be deposited in the United States Mail, first-class postage prepaid, addressed to:

| | |
|---|---|
| Bruce Benson<br>6170 West Lake Mead Blvd., Suite 311<br>Las Vegas, NV 89108 | Dan Green<br>848 North Rainbow Blvd., Suite 170<br>Las Vegas, NV 89107 |
| Doris E. Holt<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 | Rodney Lail<br>608 18th Ave. North<br>Myrtle Beach, SC 29577 |
| Irene Santacroce<br>205 Deer Trace Circle<br>Myrtle Beach, SC 29588 | James B. Spencer<br>Suite 183<br>7001 St. Andrews Road<br>Columbia, SC 29212 |
| Ricky Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 | Marguerite Stephens<br>207 Deer Trace Circle<br>Myrtle Beach, SC 29588 |

| | |
|---|---|
| Nicholas C. Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 | Virginia Williamson<br>8005 White Ash Court<br>Oak Ridge, NC 27310 |

                **/s/ Oliver Garcia**