IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lail, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States, et al., <br><br> Defendants. | Civil Action No. 01:10-CV-00210-PLF |

## DEFENDANTS SEAN MARKHAM AND SUSAN STEWART'S MOTION TO DISMISS

Defendants Sean Markham and Susan Stewart, pursuant to Fed. R. Civ. P. 12(b)(2) and Rule 12(b)(3), hereby move for an Order dismissing this action on the following grounds: (1) this Court lacks personal jurisdiction over these Defendants; and (2) venue is improper in this Court. Defendants' Motion to Dismiss should be granted for the reasons stated in the accompanying Memorandum in Support.

A proposed order is attached.

August 13, 2010                Respectfully submitted,

                                                /s/
                                Mary S. Diemer, Esquire
                                Bar No. 416527
                                NELSON MULLINS RILEY & SCARBOROUGH LLP
                                101 Constitution Avenue, NW, Suite 900
                                Washington, D.C. 20001
                                Email: mary.diemer@nelsonmullins.com
                                Phone: 202.712.2815
                                Facsimile: 202.712.2860

                                and

                                Paul T. Collins, Esquire
                                (Admitted Pro Hac Vice)
                                NELSON MULLINS RILEY & SCARBOROUGH LLP
                                1320 Main Street, 17th Floor

Columbia, South Carolina 29202
Email: paul.collins@nelsonmullins.com
Phone: 803.255.9747
Facsimile: 803-255-9128

*Attorneys for Defendants Sean Markham
and Susan Stewart*

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of August, 2010, copies of the above Motion to Dismiss, supporting Memorandum and Proposed Order were electronically transmitted to the Clerk of Court using the ECF System for filing, and copies of the Motion, supporting Memorandum and Proposed Order were mailed, with sufficient postage affixed thereto and return address clearly marked to the following pro se plaintiffs:

Bruce Benson
848 N. Rainbow Blvd.
Suite 491
Las Vegas, Nevada 89107-1103

Dan Green
848 North Rainbow Blvd.
Suite 170
Las Vegas, NV 89107

Doris E. Holt and James B. Spencer
7001 St. Andrews Road
Suite 183
Columbia, SC 29212

Rodney Lail
608 18th Ave. N
Myrtle Beach, SC 29577

Irene Santacroce
205 Deer Trace Circle
Myrtle Beach, SC 29588

Ricky Stephens and Marguerite Stephens
207 Deer Trace Circle
Myrtle Beach, SC 29588

Nicholas C. Williamson and Virginia Williamson
8005 White Ash Court
Oak Ridge, NC 27310

_Mary A. Diemer/ejh_
Mary S. Diemer