IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lail, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> United States, et al., <br><br> Defendants. | Civil Action No. 01:10-CV-00210-PLF <br><br><br> ORDER |

Upon consideration of the Motion to Dismiss filed by Defendants Sean Markham and Susan Stewart, and upon consideration of any oppositions or responses thereto,

It is this ___ day of August, 2010, **ORDERED:**

(1) That the Defendant's Motion to Dismiss is hereby **GRANTED;** and
(2) That this action against Defendant Susan Stewart be and is hereby **DISMISSED WITHOUT PREJUDICE**

_____
Paul Friedman
United States District Judge