**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Rodney Lail, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **C.A. No. 10-CV-210-PLF** |
| v. ) | |
| ) | |
| United States Government, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF *PRO SE* PLAINTIFFS FOR A STAY OF TIME TO FILE A RESPONSE
TO DEFENDANT LINDEMAN MOTION TO DISMISS, DOCUMENT NUMBER 37**

Pursuant to Local Rules LCv7(m), *Pro Se* Plaintiffs were not able to gain consent for expansion of time from *Pro Se* Defendant Lindeman as Defendant Lindeman will not discuss matters with Pro Se litigants.

**BACKGROUND AND DISCUSSION**

In this case the Defendant State of South Carolina has maliciously and wrongfully abducted without due process 93 year old Plaintiff Doris Holt almost immediately after the filing of the required tort notice notifying the State of South Carolina they were to be named in a tort action. On January 4, 2010, Plaintiff Doris Holt disappeared completely

and has been kept in isolation, if she is still alive, in an attempt to stop the filing of this lawsuit. As stated in previous filings. Subsequent to the issuance of Document No. 37, As discussions began with the office of the Governor's Office of the State of South Carolina concerning the location of Plaintiff Doris Holt.

Through an intermediary *Pro Se* Plaintiff Spencer has been attempting to gain access to determine if his mother can be seen by medical personnel and even if she is still alive since Document 37 has been filed. *Pro Se* Plaintiffs have previously sought such relief through this Court in Document No. 10.

Defendants again have used the life and well being of 93 year old Plaintiff Doris Holt to interfere with *Pro Se* Plaintiffs preparation for this case.

## **RELIEF SOUGHT**

*Pro Se* Plaintiffs respectfully pray the Court to rule in the interests of justice and as requested by Plaintiffs in Document 10 and herein to:

1. Grant *Pro Se* Plaintiffs request for appointment of competent *Pro Bono* Counsel to represent *Pro Se* Plaintiffs in this litigation.

2. Order immediate access to Plaintiff Doris Holt to determine her medical condition and allow unfettered access of independent medical personnel to her and her medical records, and access to her family, friends and legal counsel in accordance with the State laws of South Carolina.

3. Grant Plaintiffs an expansion of time of not more than two weeks including and up to September 13, 2010 to respond to Defendant Document 37 and and/or grant such additional time to allow preparation of *Pro Bono* Counsel if such is appointed by the Court.

## ADDITIONAL CONSIDERATIONS

Granting this expansion of time would not affect any other deadlines as no discovery plan or order has been filed in this matter. This motion for stay or expansion of time is filed before the time for Plaintiffs response to Defendant Document Number 37 has expired and this Court has not previously extended this deadline.

This the 30th day of August, 2010.

Respectfully submitted by,

*[signature]*
Doris Holt,[1] *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC, 29212

*[signature]*
James B. Spencer
Suite 183
7001 Saint Andrews Rd.
Columbia, SC 29212

---

[1] Executed by her son self appointed Power of Attorney her son James Spencer, under the assumption Doris Holt is still alive.

_____
Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC 29577
(843) 626-3229

_____
Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

_____
Ricky Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Bruce Benson, Plaintiff, *Pro Se*
848 N. Rainbow BL., Suite 491
Las Vegas, Nevada 89107-1103
(702) 524-9006

_____
Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, Nevada 89107
(310) 337-2820

_____
Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

_____
Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

## CERTIFICATE OF SERVICE

I hereby certify that on the 30TH day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Andrew A. Lindeman
1611 Devonshire Drive, Second Floor
PO Box 8568
Columbia, SC 29202-8568
(803) 806-8222



by: _____
James Spencer
Suite 183
7001 Saint Andrews Road
Columbia, SC 29212
e-mail:  JamesBSpencer@sc.rr.com
803-414-0889