## VI. <u>Conclusion.</u>

Accordingly, plaintiffs respectfully request that defendant Lee's motion to dismiss be denied.

Respectfully Submitted by:
August 31, 2010

 

Doris Holt[1], *Pro Se*
Suite 183, 7001 Saint Andrews Rd
Columbia, SC 29212
(803) 414-0889

 

James B. Spencer, *Pro Se*
Suite 183, 7001 Saint Andrews Rd.
Columbia, SC 29212
(803) 414-0889

---

[1] Signed for Doris Holt by her self-appointed POA, her son James Spencer, who assumes though missing she is still alive.

_____
Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC 29577
(843) 626-3229

_____
Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

_____
Ricky Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Bruce Benson, Plaintiff, *Pro Se*
848 N. Rainbow BL., Suite 491
Las Vegas, Nevada 89107-1103
(702) 524-9006

_____
Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, Nevada 89107
(310) 337-2820

_____
Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

_____
Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert E. Lee
PO Box 1096
Marion, SC 29571
(843) 423-1313
Email: rel@mclainlee.com


by: _____
James Spencer
Suite 183
7001 Saint Andrews Road
Columbia, SC 29212
e-mail: JamesBSpencer@sc.rr.com
803-414-0889