UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LAIL**, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-0210(PLF) |
| v. | ) ) | (ECF) |
| **UNITED STATES GOVERNMENT**, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States Government, Federal Bureau of Investigation and its employees, Paul Gardner, David M. Hardy, Kerry Haynes, Noel Herold, Thomas Isabella, Jr., Michael Kirkpatrick, Thomas Marsh, Monte Dell McKee, George Skaluba, and David Caldwell in their official and individual capacity, ("Defendants"), respectfully request an enlargement of time to and including November 16, 2010, to file an answer or otherwise respond to Plaintiff's complaint.  Good cause exists to grant this motion.

1. Plaintiffs filed their *pro se* complaint on or about February 5, 2010, alleging statutory and Constitutional claims against Defendants.

2. Because Plaintiffs appear to be alleging constitutional claims, the individually-named Defendants are reviewing Plaintiffs' complaint in order to determine whether individual capacity representation should be sought pursuant to 28 C.F.R. 50.15.

3. Should the Defendants determine that such representation is necessary and seek it, this office will likely be appointed to represent them. Accordingly, Defendants respectfully request this extension to enable this process to unfold.

4.  Also, the additional time is requested due to other significant workload demands, including preparation for trial in a Title VII case, *Perry v. Donovan*, 07-1010 (RCL), scheduled to commence the week of November 1, 2010.

5.  Pursuant to LCvR 7(m), earlier today, the undersigned attempted to reach Plaintiff Lail and confer with him regarding this motion but was only able to leave him a message. As of this filing, the undersigned had not heard back from the Plaintiff Lail.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

September 17, 2010  Respectfully submitted,

RONALD C. MACHEN JR, D.C. BAR # 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. BAR # 434122
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of September 2010, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

Rodney Lail
P.O. Box 2753
Myrtle, Beach, SC 29578

                                              /s/
                                     KENNETH ADEBONOJO
                                     Assistant United States Attorney
                                     Judiciary Center Building
                                     555 4th Street, N.W. – Civil Division
                                     Washington, D.C.  20530
                                     (202) 514-7157
                                     (202) 514-8780 (facsimile)