**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rodney Lail, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Government, et al.,<br><br>Defendants. | C.A. No. 10-CV-210-PLF |

**PRO SE PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO DEFENDANT ACADEMY GROUP, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT (DOCUMENT NO. 50)**

Pursuant to Fed. R. Civ. P. 6(b)(1), the *Pro Se* Plaintiffs respectfully request an expansion of time to and including October 5, 2010, to file an answer or otherwise respond to Defendant's Document No. 50. Good cause exists to grant this motion.

1. Defendant Academy Group, Inc., ("AGI") filed Document No. 50, on September 7, 2010.

2. Defendant "AGI" claims to have no business ties to Defendant Noel Herold during the applicable time period.

3. Defendant Noel Herold in sworn testimony testified that he in fact had business ties during the applicable time period.

4. Because Defendant "AGI" is attempting to gain a dismissal or in the alternative summary judgment without any discovery being conducted, *Pro Se* Plaintiffs require additional time to research the law and the evidentiary documentation to determine an appropriate response.

5. *Pro Se* Plaintiffs have limited resources and no legal training in these matters and, therefore, require such an extension to formulate a response.

6. *Pro Se* Plaintiffs, mostly disabled, have been forced to use their limited time resources to attempt to legally find a way to protect themselves after the attempt by a Co-Defendants Counsel in this action to have a *Pro Se* Plaintiff wrongfully arrested by local police to further wrongfully interfere with *Pro Se* Plaintiffs litigation in these matters.  **(See Document No. 52, Pgs. 4 – 6 and related attachments.)**

7. Granting this expansion of time will not affect any other deadlines as no discovery plan or order has been filed in this matter.

8. This motion for expansion of time is filed before the time for a response to Document No. 50 has expired.

9. Pursuant to LCvR 7(m), earlier today the *Pro Se* Plaintiffs attempted to reach "AGI"'s counsel of record Kevin Murphy, Esquire and confer with him regarding this motion but was only able to leave him a message. As of this filing, the undersigned had not heard back from Kevin Murphy, Esquire.

WHEREFORE, *Pro Se* Plaintiffs respectfully request that this enlargement be granted. A minute order is respectfully requested.

Respectfully Submitted by:
September 21, 2010

*[signature]*
Doris Holt[1], *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC 29212
(803) 414-0889

*[signature]*
James Spence, *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC 29212
(803) 414-0889

---

[1] Signed for by her self-appointed POA, her son James Spencer.

_____
Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC 29577
(843) 626-3229

_____
Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

_____
Ricky Stephens, Plaintiff *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

_____
Bruce Benson, Plaintiff, *Pro Se*
848 N. Rainbow Bl., Suite 214
Las Vegas, Nevada 89107-1103
(702) 524-9006

_____
Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, Nevada 89107
(310) 337-2820

_____
Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

_____
Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of September, 2010, I electronically filed the foregoing **PRO SE PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO DEFENDANT ACADEMY GROUP, INC.'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT (DOCUMENT NO. 50)**, with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kevin M. Murphy, Esquire
Carr Maloney P.C.
1615 L Street, N. W., Suite 500
Washington, DC 20036
(202) 310-5500 – Telephone Number
(202) 310-5555 – Facsmile
kmm@carrmaloney.com


by: /s/ James Spencer
    James Spencer
    Suite 183
    7001 Saint Andrews Road
    Columbia, SC 29212
    e-mail: JamesBSpencer@sc.rr.com
    803-414-0889