UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODNEY LAIL, et al.** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 10-0210(PLF) |
| v. | )  (ECF) |
|  | ) |
| **UNITED STATES GOVERNMENT, et al.** | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel on behalf of the United States Government, Federal Bureau of Investigation and its employees, Paul Gardner, David M. Hardy, Kerry Haynes, Noel Herold, Thomas Isabella, Jr., Michael Kirkpatrick, Thomas Marsh, Monte Dell McKee, George Skaluba, Chris Swecker, Matt Perry, N. John Benson, Phil Celestini and David Caldwell in their official and individual capacity in the above-captioned case.[1]

```
___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov
```

---

[1]  Defendants Chris Swecker, Matt Perry, N. John Benson, and Phil Celestini join the other named Defendants Motion to Enlarge Time, Docket Entry 53, which was granted by the Honorable Paul L. Friedman, USDJ, by Minute Order on September 21, 2010.

## **CERTIFICATE OF SERVICE**

I certify I caused copies of the forgoing Praecipe to be served on the *Pro Se* Plaintiff,

**Rodney Lail** by U.S. Mail postage pre-paid and addressed as the follows:

Rodney Lail
P.O. Box 2753
Myrtle Beach, SC 29578

on this 24th day of September 2010.

                                                _____/s/_____
                                                KENNETH ADEBONOJO
                                                Assistant United States Attorney