

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

$00.61

Mail Room
SEP 16 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

NIXIE       691  5E  1            00  09/13/10
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD

BC: 20001260299        *2217-08213-02-42