

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

UNITED STATES POSTAGE
$ 00.44°
PITNEY BOWES
02 1A
0004634648   AUG17 2010
MAILED FROM ZIP CODE 20001

Received
Mail Room
SEP 16 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

NIXIE        891   4E   1        78   09/13/10

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001289999        *2417-15543-17-40