Received Mail Room SEP 16 2010

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

$00.44 AUG 18 2010 MAILED FROM ZIP CODE 20001

NIXIE    891    CE    1    78    09/13/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 20001280299    *0231-05333-18-41

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS