IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LAIL, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No.: 10-0210 (PLF) |
| | : |
| THE UNITED STATES | : |
| GOVERNMENT, *et al.*, | : |
| | : |
| Defendants. | : |

## NOTICE REGARDING CHANGE OF ADDRESS

Please be advised that undersigned counsel for Defendant, The Academy Group, Inc., will relocate as of **November 8, 2010** to:

>Carr Maloney P.C.
>2000 L Street, N.W.
>Suite 450
>Washington, D.C. 20036
>(202) 310-5500 (Telephone)
>(202) 310-5555 (Facsimile)

Note that the telephone number and facsimile number remain the same.

>Respectfully submitted,
>
>THE ACADEMY GROUP, INC.,
>By Counsel

By:   \_\_\_\_/S/_____
>Kevin M. Murphy, Esquire
>Carr Maloney P.C.
>1615 L Street, N.W., Suite 500
>Washington, D.C.  20036
>(202) 310-5500 (Telephone)
>(202) 310-5555 (Facsimile)
>kmm@carrmaloney.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice Regarding Change Of Address* was electronically filed on this 28th day of October 2010, to:

*Via U.S. First Class Mail*

Doris E. Holt, *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC  29212

James B. Spencer, *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC  29212

Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC  29577

Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC  29588

Ricky Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588

Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588

Bruce Benson, Plaintiff, *Pro Se*
848 N. Rainbow Blvd., Suite 214
Las Vegas, NV  89107

Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, NV  89107

Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, NC  27310

Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, NC  27310

**Defendants**

Kenneth Adebonojo, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C.  20530
***Counsel for Defendants Paul Gardner, David M. Hardy,
Kerry Haynes, Noel Herold, Thomas Isabella, Jr.
Michael Kirkpatrick, Thomas Marsh, Monte Dell McKee
George Skaluba, Chris Swecker, Matt Perry, N. John Benson,
Phil Celestini,David Caldwell***

Monte Fried, Esquire
WRIGHT, CONSTABLE & SKEEN, L.L.P.
100 North Charles Street
Suite 1600
Baltimore, MD 21202-3805

Eugene H. Matthews, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202

Shelton W. Haile, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202
Email: shaile@richardsonplowden.com

William C. McDow, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202
Email: bmcdow@richardsonplowden.com
***Counsel for Defendants***

**Defendant**
**LARRY GAINEY**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*


**Defendants**
**MICHAEL KIEL**
**MIKE PRODAN**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendants*


**Defendants**
**ROBERT M. STEWART**
**KATHY BEERS**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendants*


**UNIHEALTH POST ACUTE
CARE OF COLUMBIA**

Oliver Garcia, Esquire
AEGIS LAW GROUP LLP
901 F Street, NW
Suite 500
Washington, D.C. 20004-1421
Email: ogarcia@aegislawgroup.com

Jason E. Bring, Esquire
Andrew B. Flake, Esquire
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363
*Counsel for Defendants UniHealth Post-Acute Care-
Columbia, LLC and Brenda Hughes*


**Defendant**

**JOHN DOES**
*Individually and in their official
capacity*

**JENNIFER BREWTON**
*Individually and in her official
capacity with Palmetto Senior Care*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

5

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**STATE OF SOUTH CAROLINA**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**STATE OF SOUTH CAROLINA LAW ENFORCEMENT DIVISION**
*SLED*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**MARK KEEL**

*Individually and in his official
capacity with SLED*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
***Counsel for Defendant***

**Defendant**

**ANDREW LINDEMANN,** *Pro Se*
1611 Devonshire Drive
P.O. Box 8568
Columbia, SC 29202
alindermann@dml-law.com

**Defendant**

**E. GLENN ELLIOTT**
*Pro Se*
*Individually and in his capacity with
the Aiken, Bridges Law firm*
Aiken, Bridges, Elliott, Tyler &
Saleeby, P.A.
181 E. Evans Street, Suite 409
P.O. Drawer 1931
Florence, SC  29503
ege@aikenbridges.com

**Defendant**

**JAY SALEEBY**
*Individually and in his capacity with
the Aiken, Bridges Law firm*
Aiken, Bridges, Elliott, Tyler &
Saleeby, P.A.
181 E. Evans Street, Suite 409
P.O. Drawer 1931

Florence, SC  29503
jms@aikenbridges.com

**Defendant**

**ROBERT E. LEE**
*Individually and in his capacity with*
*the Aiken, Bridges Law firm*

**Defendant**

**SOUTH CAROLINA**
**DEPARTMENT OF SOCIAL**
**SERVICES**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**Defendant**

**PRINCESS HODGES**
*Individually and in her official*
*capacity with DSS*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*


**Defendant**

**SUSAN STROMAN**
*Individually and in her official
capacity with the SC Department of
Social Services*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*


**Defendant**

**JOHN WEAVER**
*Individually and in his official
capacity as the Horry County Attorney*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**Defendant**

**JOHN MORGAN**
*Police Chief, Individually and in his official capacity with Horry County*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**Defendant**

**HORRY COUNTY**

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**Defendant**

**SEAN MARKHAM**
*Individually*
Mary S. Diemer, Esquire
Nelson Mullins Riley &
  Scarborough, LLP
101 Constitution Avenue, N.W.
Suite 900
Washington D.C. 20001

mary.diemer@nelsonmullins.com

Paul T. Collins, Esquire
(Pro Hac Vice)
Nelson Mullins Riley &
Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC  29202
Paul.collins@nelsonmullins.com
*Counsel for Defendant*

**Defendant**
**SUSAN STEWART**
*Individually*
Mary S. Diemer, Esquire
Nelson Mullins Riley &
    Scarborough, LLP
101 Constitution Avenue, N.W.
Suite 900
Washington D.C. 20001
mary.diemer@nelsonmullins.com

Paul T. Collins, Esquire
(Pro Hac Vice)
Nelson Mullins Riley &
Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC  29202
Paul.collins@nelsonmullins.com
 *Counsel for Defendant*


**Defendant**
**PALMETTO HEALTH CARE**
Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
*Counsel for Defendant*

**Defendant**

**SUZANNE TILLMAN**
*Individually and in her official capacity as Director with Palmetto Senior Care*

Monte Fried, Esquire
(See above for address)

Eugene H. Matthews, Esquire
(See above for address)

Shelton W. Haile, Esquire
(See above for address)

William C. McDow, Esquire
(See above for address)
***Counsel for Defendant***

    /S/_____
Kevin M. Murphy, Esquire
kmm@carrmaloney.com