U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

JAN 17 2006

Ms. Irene Santacroce            Re:     Appeal No. 06-0874
205 Deer Trace Circle                   Request No. 1033399
Myrtle Beach, SC 29212                  MAP:JTR

Dear Ms. Santacroce:

    This is to advise you that your administrative appeal from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to certain records concerning yourself was received in this Office on January 4, 2006.

    Your appeal has been assigned number **06-0874**. Please mention this number in any future correspondence to this Office regarding this matter.

    You have requested expedited processing of your appeal. An appeal will be taken out of chronological order based on the date of receipt and given expedited treatment by the Department of Justice only when it is determined to involve: (1) circumstances in which lack of such treatment could reasonably be expected to pose an imminent threat to the life or safety of an individual; (2) an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information; (3) the loss of substantial due process rights; or (4) a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. See 28 C.F.R. § 16.5(d)(1) (2005). This Office makes determinations regarding the first three categories, while requests pursuant to the fourth standard must be submitted to the Department's Director of Public Affairs. See id. § 16.5(d)(2).

    In your letter, you do not give any reasons as to why expedited processing is warranted. However, appellants seeking expedited processing are required to submit a statement explaining in detail the basis for such processing, which must be certified to be true and correct. See id. § 16.5(d)(3). Not only have you not provided such a statement, from the information available to me, it does not appear that you meet any of the first three standards for expedited processing. Accordingly, I am denying your request for expedited treatment of your appeal.

    Additionally, I note from your request and appeal letters that you appear to be seeking records that may be maintained by a field office of the FBI. Although your appeal has not yet been reviewed by this Office, please be advised that, because your request was submitted to the FBI Headquarters Office, the FBI's search most likely included only Headquarters Office files. See id. §§ 16.3(a), 16.41(a) (requests for records held by FBI field offices must be submitted to

the field offices directly).  Thus, if you have not done so already, you may wish to submit an initial request directly to the Columbia Field Office of the FBI, which has jurisdiction over Myrtle Beach.  You may also wish to consider submitting an initial request to the Civil Rights Division of the Department of Justice.  I will consider individually appeals from each response.  The addresses for the FBI's Columbia Field Office and the Department of Justice's Civil Rights Division, respectively, are:

> Federal Bureau of Investigation
> Columbia Field Office
> 151 Westpark Boulevard
> Columbia, SC  29210-3857
>
> Nelson Hermilla, Chief
> FOIA/PA Branch
> Civil Rights Division
> Department of Justice
> Room 311, NALC Building
> Washington, DC  20530

If you are dissatisfied with my action on your request for expedited treatment of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

> Sincerely,
>
> [signature: m Pustay]
>
> Melanie Ann Pustay
> Deputy Director

Irene Santacroce<br>
205 Deer Trace Circle<br>
Myrtle Beach, SC 29588<br>
(843) 455-0891

January 18, 2006

Federal Bureau of Investigation
FOIPA - Section
Columbia Field Office
151 Westpark Boulevard
Columbia, SC 29210-3857
Sent: Certified Mail

Re: **FREEDOM OF INFORMATION ACT REQUEST**

Dear Sir or Madam:

Under the authority of the Freedom of Information Act and any and all other Federal or State laws that may be applicable, I hereby request copies of the following information in the possession and/or control of the FBI and/or the Justice Department at the Columbia, SC, and Myrtle Beach, SC offices.

1.) <u>Any and all material, in any form</u>, related to any and all, "Investigative Matters" and/or other matters concerning and/or initiated by Irene Santacroce (Social Security Number 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, DOB 04-08-49, for the time period from January 1, 2000 to January 18, 2006.

2.) <u>Any and all documents</u> that may have been generated internally and/or externally from any source including directly or indirectly by the FBI concerning Irene Santacroce for the period from January 1, 2000 to January 18, 2006.

This information includes, but is not limited to photographic, written, audio and video recordings, computer generated reports or notes, and data files, relating to any and all the above matters. This request also covers e-mail and any and all tape recordings and notes that were sent back and forth between parties both within and external to the Federal Bureau of Investigation and the Justice Department.

The time period covered by this request is from January 1, 2000, to January 18, 2006, and also includes any and all communications, notes, recordings made concerning this request. Please expedite sending this information to the address listed on the letterhead above.

Thank you very much for your timely response.

Sincerely,

*Irene Santacroce* (signature)

Irene Santacroce

Cc:
John Rakowsky, Esquire
Ronald Serota, Esquire

Irene Santacroce appeared before me
and executed this letter
on this date: January 27, 2006

Marguerite S. Stephens
Horry County, South Carolina

My Commission Expires
February 8, 2012



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

February 15, 2006

MS IRENE SANTACROCE
205 DEER TRACE CIRCLE
MYRTLE BEACH, SC 29588

Request No.: 1038524-000
Subject: SANTACROCE, IRENE

Dear Ms. Santacroce:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above. Your request was forwarded to FBI Headquarters from the Columbia Field Office.

Based on the information furnished, a search of the automated indices to our central records system files located no records in the Columbia Field Office responsive to your FOIPA request to indicate you have ever been of investigatory interest to the FBI. The automated indices is an index to all records created since January 1, 1958, in security, applicant, and administrative matters, as well as to all records created since January 1, 1973, in criminal matters.

If you have reason to believe records responsive to your request exist prior to the above dates, you will have to request another search. In order to respond to our many requests in a timely manner, our focus is to identify responsive records in the automated indices that are indexed as main files. A main index record carries the names of subjects of FBI investigations.

Although no main file records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Irene Santacroce
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

February 24, 2006

Nelson Hermilla, Chief
FOIA/PA Branch
Civil Rights Division
Department of Justice
Room 311, NALC Building
Washington, DC 20530
Sent: Certified Mail

Re: <u>**FREEDOM OF INFORMATION ACT REQUEST**</u>

Dear Mr. Hermilla:

Deputy Director Melanie Ann Pustay (Appeal No. 06-0874) advised that I submit this request to you. Under the authority of the Freedom of Information Act, THE PRIVACY ACT and any and all other Federal or State laws that may be applicable, I hereby request copies of the following information in the possession of the FBI and/or the Justice Department.

1.) <u>Any and all material, in any form</u>, related to any and all, "Investigative Matters" and/or other matters concerning and/or initiated by Irene Santacroce (Social Security Number 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, DOB 04-08-49), for the time period from January 1, 2000 to February 24, 2006.

2.) <u>Any and all documents</u> that may have been generated internally and/or externally from any source including directly or indirectly by the FBI concerning Irene Santacroce for the period from January 1, 2000 to February 24, 2006.

Page 1 of 2

This information includes, but is not limited to photographic, written, audio and video recordings, computer generated reports or notes, and data files, relating to any and all the above matters. This request also covers e-mail and any and all tape recordings and notes that were sent back and forth between parties both within and external to the Federal Bureau of Investigation and the Justice Department.

The time period covered by this request is from January 1, 2000, to February 24, 2006, and also includes any and all communications, notes, recordings made concerning this request. Please expedite sending this information to the address listed on the letterhead above.

Thank you very much for your timely response.

Sincerely,

*[signature: Irene Santacroce]*

Irene Santacroce

Cc:
John Rakowsky, Esquire
Ronald Serota, Esquire

Irene Santacroce appeared before me and executed this letter on this date: *February 24, 2006*

*Marguerite S. Stephens   2/24/06*
*Notary Public for*
*South Carolina*

*Commission Expires:*
*February 8th, 2012*

Case 1:10-cv-0021

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nelson Hermilla, Chief
   FOIA/PA Branch
   Civil Rights Division
   Dept. of Justice
   Room B-71, NALC Bldg.
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   MAR 0 6 2006

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0006 5717 9396

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15



**U.S. Department of Justice**

Civil Rights Division

---

NDH:CRD:SC

*Freedom of Information/Privacy Acts Branch - NALC*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

Ms. Irene Santacroce
205 Deer Trace Circle
Myrtle Beach, SC 29588

FOI/PA No.: 2006-0246(6-048)        Date Received: 3/7/06

Subject of Request:   Information pertaining to you

Dear Requester:

    This is to inform you that your request for records from the files of the Civil Rights Division was received by the Division's Freedom of Information/Privacy Acts (FOI/PA) Branch on the date indicated above. Your request has been assigned the FOI/PA number shown above. Please refer to this number in any future correspondence concerning this request. In connection with review of your FOI/PA request, the following paragraph(s) are applicable:

\_\_\_\_    In searching its file for records responsive to your request,_____

located records that originated with the Civil Rights Division. These records were referred to the Civil Rights Division as the originating component for review and release determination. Upon completion of our review, the releasable document(s) will be sent directly to you.

__XX__   As a result of the large number of Freedom of Information and Privacy Acts requests received by the Civil Rights Division, some delay may be encountered in processing your request. In an attempt to treat each requester fairly, we have adopted a policy of processing requests in the approximate order of receipt. Please be assured that your request is being handled as equitably as possible. We appreciate your patience and will provide you with a response at the earliest possible date.

Please note that the Civil Rights Division utilizes multi-track processing in which processing ranges from faster tracks for requests (seeking access to documents already processed for prior requests) to much slower tracks for complex requests involving voluminous amounts of responsive documents or extensive consultation. At your option, you may wish to call the number below and limit the scope of your request to enable your request to be handled in the most expeditious manner available to fulfill your interests.

_____ Since your letter did not include authorization or a certification of identity, we will close your file for now. We will re-open your request on receipt of the required authorization forms. The Privacy Act, and the Department of Justice Privacy Act regulation, 28 C.F.R. §16.41, require each person requesting records indexed or maintained under his or her name or another person's name, to furnish the Department with proof of identity/consent to disclosure. Please complete the enclosed form and return it directly to the Freedom of Information/Privacy Acts Branch, Civil Rights Division, US Department of Justice, Washington, DC 20530.

Should you wish to appeal the identification/consent requirement, you may do so by writing, within sixty days, to the Co-Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, N.W., Suite 11050, Washington, DC 20530. The envelope should be marked "FOI/PA Appeal." Following review by the Department, judicial review of the decision of the Attorney General is available in the United States District Court in the judicial district in which you reside, in which you have your principal place of business, or in the District of Columbia.

If you have any further questions, contact this office by calling (202) 514-4210.

Sincerely,

Nelson D. Hermilla, Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division

2

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642    Washington, D.C. 20530

FEB 2 8 2007

Ms. Irene Santacroce    Re: Appeal No. 06-0874
205 Deer Trace Circle        Request No. 1033399
Myrtle Beach, SC 29212       JTR:TEH

Dear Ms. Santacroce:

    You appealed from the action of the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

    After carefully considering your appeal, and as a result of discussions between the FBI and a member of my staff, I am remanding your request for a further search for cross-references. If the FBI locates responsive cross-references through this search, it will send any and all releasable portions of them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by the FBI.

    In addition, FBI personnel have advised a member of my staff that the Columbia Field Office of the FBI might have records responsive to your request. If you have not done so already, you might wish to submit a new request directly to the Columbia Field Office. See 28 C.F.R. §§ 16.3(a) and 16.41(a) (2006) (requests for records held by FBI field offices must be submitted to the field offices directly). You might also wish to consider submitting a new request to the Civil Rights Division of the Department of Justice. You may appeal any future adverse determination of the FBI or the Civil Rights Division. The addresses for the Columbia Field Office and the Civil Rights Division are:

    Federal Bureau of Investigation
    Columbia Field Office
    151 Westpark Boulevard
    Columbia, SC 29210-3857

    Nelson Hermilla, Esq.
    Chief, FOIA/PA Branch
    Civil Rights Division
    Department of Justice
    Room 311, NALC Building
    Washington, DC 20530

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(6)(E)(iii).

Sincerely,

Janice Galli McLeod
Associate Director