# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

)
**RODNEY LAIL,** *et al*.                  )
                                          )
            **Plaintiffs,**               )
                                          )        **Civil Action No. 10-0210(PLF)**
    **v.**                                )        **(ECF)**
                                          )
**UNITED STATES GOVERNMENT,** *et al*.)
                                          )
            **Defendants.**               )
_____)

## DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States Government, Federal Bureau of Investigation and its employees, Paul Gardner, David M. Hardy, Kerry Haynes, Noel Herold, Thomas Isabella, Jr., Michael Kirkpatrick, Thomas Marsh, Monte Dell McKee, George Skaluba, Chris Swecker, Matt Perry, N. John Benson, Phil Celestini and David Caldwell, in their official and individual capacity ("Defendants"), respectfully request an enlargement of time to and including December 17, 2010, to file an answer or otherwise respond to Plaintiff's complaint. Good cause exists to grant this motion.

1.       Plaintiffs filed their *pro se* complaint on or about February 5, 2010, alleging statutory and Constitutional claims against Defendants.

2.       Because Plaintiffs appear to be alleging constitutional claims, the individually-named Defendants are reviewing Plaintiffs' complaint in order to determine whether individual capacity representation should be sought pursuant to 28 C.F.R. 50.15.

3.       Individual capacity representation has been approved for the Defendants including some who received approval as recently as last week.

4.      In addition, the undersigned is currently in trial of a Title VII case, Perry v. Donovan, 07-1010 (RCL).  The trial commenced last week Tuesday and should conclude tomorrow.

5.      Accordingly, the undersigned respectfully requests this extension due to the ongoing trial and the need to confer with Agency Counsel regarding a response to Plaintiff's complaint.

6.      Pursuant to LCvR 7(m), the undersigned attempted to reach Plaintiff Lail but was unable to reach him.

WHEREFORE, Defendants respectfully request that this enlargement be granted.  A minute order is respectfully requested.

November 16, 2010                          Respectfully submitted,


                                           RONALD C. MACHEN JR, D.C. BAR # 447889
                                           United States Attorney
                                           for the District of Columbia


                                           RUDOLPH CONTRERAS, D.C. BAR # 434122
                                           Chief, Civil Division

                                           By:_____/s/_____
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.  20530
                                           (202) 514-7157

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 16th day of November 2010, I caused the foregoing Defendants'

Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on

Plaintiff  via first-class mail postage prepaid to:

Rodney Lail
P.O. Box 2753
Myrtle, Beach, SC 29578

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney