# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Rodney Lail, et al.,            )

Plaintiffs,          )

v.                )

United States Government, et al.,  )

Defendants.         )

_____)

**C.A.  No. 10-CV-210-PLF**

## *PRO SE* PLAINTIFFS' JUDICIAL NOTICE
## PERTAINING TO DOCUMENT NO. 69,
## EXHIBIT "K" AND THAT ALL EXHIBITS ARE FILED

Pro Se Plaintiffs hereby give notice that the referenced Exhibit "K" in

Document No. 69, will not be filed.  The topic and issue pertaining to Exhibit "K",

the setup of the unlawful arrest of *Pro Se* Plaintiff James Spencer on September 11,

2010, has already been admitted on the Court record by the known offending party

involved **(See Document No. 69, Pg. 23, line 18)**.  All Exhibits related to

Document No. 69 have been filed.

This the 25th day of
November, 2010.

Respectfully submitted by,

Rodney K. Lail, Plaintiff, *Pro Se*
608 18th Avenue North
Myrtle Beach, SC 29577
(843) 626-3229

Irene Santacroce, Plaintiff, *Pro Se*
205 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 455-0891

Ricky Stephens, Plaintiff *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

Marguerite Stephens, Plaintiff, *Pro Se*
207 Deer Trace Circle
Myrtle Beach, SC 29588
(843) 283-6751

Bruce Benson, Plaintiff, *Pro Se*
848 N. Rainbow Bl., Suite    214
Las Vegas, Nevada 89107-1103
(702) 524-9006

Dan Green, Plaintiff, *Pro Se*
848 North Rainbow Blvd., Suite 170
Las Vegas, Nevada 89107
(310) 337-2820

Nicholas C. Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

Virginia Williamson, Plaintiff, *Pro Se*
8005 White Ash Court
Oak Ridge, North Carolina 27310
(336) 210-0672

Page **2** of **6**

Doris Holt[1], *Pro Se*
Suite 183
7001 Saint Andrews Rd.
Columbia, SC, 29212


James B. Spencer, *Pro Se*
Suite 183
7001 Saint Andrews Rd
Columbia, SC, 29212

---

[1] Executed for Doris Holt by her personally appointed Durable POA, her son, *Pro Se* Plaintiff, James Spencer.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2010, I electronically filed the foregoing ***PRO SE* PLAINTIFFS' JUDICIAL NOTICE PERTAINING TO DOCUMENT NO. 69, EXHIBIT "K",** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kenneth Adebonojo, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Monte Fried, Esquire
WRIGHT, CONSTABLE & SKEEN, L.L.P.
100 North Charles Street
Suite 1600
Baltimore, MD 21202-3805

Eugene H. Matthews, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788, Columbia, SC 29202

Shelton W. Haile, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788
Columbia, SC 29202
Email: shaile@richardsonplowden.com

William C. McDow, Esquire
RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street
P.O. Drawer 7788,
Columbia, SC 29202
Email: bmcdow@richardsonplowden.com

Oliver Garcia, Esquire
AEGIS LAW GROUP LLP
901 F Street, NW
Suite 500
Washington, D.C. 20004-1421
Email: ogarcia@aegislawgroup.com

Jason E. Bring, Esquire
Andrew B. Flake, Esquire
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363

Kevin M. Murray, Esquire
Carr Maloney, P.C.
1615 L. Street, N. W., Suite 500
Washington, DC 20036
(202) 310-5500 - Telephone Number
(202) 310-5555 - Facsmile
Kmm@carrmalony.com

Andrew Lindemann, Esquire
*Pro Se*
1611 Devonshire Drive
P.O. Box 8568
Columbia, SC 29202

E. Glenn Elliott, Esquire
*Pro Se*
*Individually and in his capacity with the Aiken, Bridges Law firm*
Aiken, Bridges, Elliott, Tyler & Saleeby, P.A.
181 E. Evans Street, Suite 409
P.O. Drawer 1931
Florence, SC 29503

Jay Saleeby, Esquire
*Individually and in his capacity with the Aiken, Bridges Law firm*
Aiken, Bridges, Elliott, Tyler & Saleeby, P.A.
181 E. Evans Street, Suite 409
P.O. Drawer 1931, Florence, SC 29503

Mary S. Diemer, Esquire
Nelson Mullins Riley &
Scarborough, LLP
101 Constitution Avenue, N.W.
Suite 900
Washington D.C. 20001

Paul T. Collins, Esquire
(Pro Hac Vice)
Nelson Mullins Riley &
Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29202
Paul.collins@nelsonmullins.com

Kevin M. Murphy, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
kmm@carrmaloney.com


By: _____
James Spencer, *Pro Se*
Suite 183
7001 Saint Andrews Road
Columbia, SC 29212
E-mail:  JamesBSpencer@sc.rr.com
(803) 414-0889