UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LAIL**, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 10-0210(PLF) |
| v. | ) ) | (ECF) |
| **UNITED STATES GOVERNMENT**, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States of America, the Federal Bureau of Investigation and its employees, Paul Gardner, David M. Hardy, Kerry Haynes, Noel Herold, Thomas Isabella, Jr., Michael Kirkpatrick, Thomas Marsh, Monte Dell McKee, George Skaluba, Chris Swecker, Matt Perry, N. John Benson, and Phil Celestini, in their official and individual capacities ("Federal Defendants"), respectfully request an enlargement of time to and including January 14, 2010, to file an answer or otherwise respond to Plaintiff's complaint. Good cause exists to grant this motion.

1. Plaintiffs filed their *pro se* complaint on or about February 5, 2010, alleging statutory and constitutional claims against Federal Defendants.

2. Federal Defendants respectfully request this additional time due to the press of business and the holiday season.

3. Specifically, the undersigned recently completed a trial in a Title VII case, *Perry v. Donovan*, 07-1010 (RCL) and has been consumed with post trial matters and other cases that were displaced by said trial.

4.     The undersigned also respectfully requests this additional time to confer with Agency Counsel.

5.     Pursuant to LCvR 7(m), the undersigned spoke with Plaintiff Spencer who consents to this request on behalf of himself and the other Plaintiffs.  Plaintiff Spencer represents that he is authorized to consent on behalf of all Plaintiffs.

WHEREFORE, Federal Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

December 17, 2010                                  Respectfully submitted,

RONALD C. MACHEN JR, D.C. BAR # 447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. BAR # 434122
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157

## CERTIFICATE OF SERVICE

I certify that on this 17th day of December 2010, I caused the foregoing Federal Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

Rodney Lail
P.O. Box 2753
Myrtle, Beach, SC 29578

James B. Spencer, aka Robert B. Holt
P.O. Box 183
7001 Saint Andrews Road
Columbia, SC 29212

/s/
KENNETH ADEBONOJO
Assistant United States Attorney