UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RODNEY LAIL, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-0210 (PLF) |
| UNITED STATES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on the motion of certain defendants, including the Federal Bureau of Investigation, to dismiss the plaintiffs' complaint. Because the defendants' motion potentially could dispose of at least some of the plaintiffs' claims, and because the plaintiffs are proceeding *pro se*, the Court will advise the plaintiffs of their obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992).

The plaintiffs' attention therefore is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

L. Civ. R. 7(b).

Thus, the Court may treat as conceded any motion not opposed within the time limits outlined in this Order. Alternatively, the Court may consider on the merits any motion not

opposed within the time limits outlined in this Order.  As a result, any failure to respond to the defendants' pending motion carries with it the risk that plaintiffs' claims will be dismissed. Accordingly, it is hereby

ORDERED that on or before February 28, 2011, the plaintiffs shall respond to [84] certain defendants' January 14, 2011 motion to dismiss the complaint. If the plaintiffs do not respond by that date, the Court will treat the defendants' motion as conceded.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 4, 2011