UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
RODNEY LAIL, *et al.*,                          )
                                                )
              Plaintiffs,                        )
                                                )
       v.                                        )        Civil Action No. 10-0210 (PLF)
                                                )
UNITED STATES GOVERNMENT, *et al.*,             )
                                                )
              Defendants.                        )
_____)

<u>ORDER</u>

For the reasons provided in the Opinion issued this same day, it is hereby

ORDERED that [10] Plaintiffs' Expedited Ex-Parte Motion for *In Forma
Pauperis* Standing and Related Assistance in Serving Summons and Complaint on Defendants is
DENIED; it is

FURTHER ORDERED that [90] plaintiffs' motion for leave to file a third
amended complaint is DENIED as futile; it is

FURTHER ORDERED that [19] the motion to dismiss plaintiffs' claims against
defendants Kathy Beers, Jennifer Brewton, David Caldwell, Larry Gainey, Princess Hodges,
Horry County, Mark Keel, John Morgan, Palmetto Health Care, Mike Prodon, the South Carolina
Department of Social Services, the State of South Carolina, the State of South Carolina Law
Enforcement Division, Susan Stroman, Suzanne Tillman, and John Weaver is GRANTED; it is

FURTHER ORDERED that [24] the motion to dismiss plaintiffs' claims against
defendants Brenda Hughes and Unihealth Post Acute Care of Columbia is GRANTED; it is

FURTHER ORDERED that [33] the motion to dismiss plaintiffs' claims against defendants Shawn Markham and Susan Stewart is GRANTED; it is

FURTHER ORDERED that [37] the motion to dismiss plaintiffs' claims against defendant Andrew Lindemann is GRANTED; it is

FURTHER ORDERED that [38] the motion to dismiss plaintiffs' claims against defendant Jay Saleeby is GRANTED; it is

FURTHER ORDERED that [39] the motion to dismiss plaintiffs' claims against defendant E. Glenn Elliott is GRANTED; it is

FURTHER ORDERED that [40] the motion to dismiss plaintiffs' claims against defendant Robert E. Lee is GRANTED; it is

FURTHER ORDERED that [50] the motion to dismiss plaintiffs' claims against defendant the Academy Group, Inc. is GRANTED; it is

FURTHER ORDERED that [84] the motion to dismiss plaintiffs' claims against defendants N. John Benson, David Caldwell, Phil Celestini, the Federal Bureau of Investigation, Paul Gardner, David M. Hardy, Kerry Haynes, Noel Herold, Thomas Isabella, Jr., Michael Kirkpatrick, Thomas Marsha, Monte Dell McKee, Matthew Perry, George Skaluba, Chris Swecker, and the United States is GRANTED; it is

FURTHER ORDERED that [67] Plaintiffs' Motion for Firewall Protection is DENIED as moot; and it is

FURTHER ORDERED that plaintiffs' second amended complaint is

DISMISSED.  The Clerk of the Court shall remove this case from the docket of this Court.  This

is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   March 24, 2011